UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> vs. <br><br> TELEFONAKTIEBOLAGET LM ERICSSON and ERICSSON INC., <br><br> Defendants. | Case No. 3:15-cv-00154-JD <br><br> **DECLARATION OF KASIM ALFALAHI** <br><br> REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED |

I, Kasim Alfalahi, declare as follows:

    1.    I am employed by Ericsson Inc. and am the Chief Intellectual Property Officer ("CIPO") and Senior Vice President reporting to the Chief Executive Officer of Telefonaktiebolaget LM Ericsson ("LME"). I make this declaration in support of Ericsson Inc. and LME's (collectively, "Ericsson") Motion To Dismiss First Amended Complaint and their Motion To Dismiss On *Forum Non Conveniens* Grounds. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify competently thereto.

    2.    I have been the CIPO of Ericsson since May 2005. I currently work in Ericsson Inc.'s Plano, Texas headquarters, and have worked from that office since 2012. In my capacity as CIPO, I am responsible for, among other things, overseeing Ericsson's global involvement in patent licensing, patent prosecution, and patent strategy. I have more than 20 years of experience in negotiating and implementing patent license agreements, including license agreements pertaining to standard-essential and FRAND-committed patent portfolios. I am familiar with the terms on which Ericsson has granted licenses to its standard-essential patent portfolios, including the terms on which Ericsson granted Apple Inc. ("Apple") a license to practice Ericsson's 2G and 3G standard-essential patent portfolios in 2008.

**Ericsson's Patent Licensing Policies and Practices**

3. Ericsson is committed to making its standard-essential patents widely available to companies that practice such standards, via licensing on fair, reasonable, and non-discriminatory (FRAND) terms. In furtherance of that commitment, Ericsson has provided ETSI multiple written undertakings that it is prepared to offer licenses to its GSM/GPRS/EDGE ("2G"), WCDMA/UMTS/HSPA(+) ("3G"), and/or 4G LTE ("4G/LTE") standard-essential patents on FRAND terms.

4. It is standard commercial practice to license standard-essential patents on a portfolio-wide basis. Ericsson's licensees who are interested in practicing the 2G, 3G, and/or 4G/LTE standards take licenses to Ericsson's standard-essential patents on a portfolio-wide basis.

5. Ericsson has executed more than 100 patent-licensing agreements worldwide for its portfolios of 2G, 3G, and/or 4G/LTE standard-essential patents. Except in extraordinarily rare and fact-specific circumstances, Ericsson does not receive requests from companies for a license to a small subset of Ericsson's 2G, 3G, and/or 4G/LTE standard-essential patents. Indeed, Ericsson has never received a request for a license to a small subset of its 4G/LTE standard-essential patents, let alone the seven patents-in-suit, which I understand are U.S. Patent Nos. 8,214,710; 8,169,992; 8,036,150; 8,023,990; 7,660,417; 6,985,474; and 6,445,917. Ericsson has also never executed a license agreement granting a license to any of the seven patents-in-suit on an individual basis.

**The 2008 License Agreement With Apple**

6. In 2007, before Apple announced its first iPhone, Apple approached Ericsson regarding a license to Ericsson's ▮▮▮▮▮▮▮▮▮▮ patents. During the parties' negotiations, both parties recognized that Ericsson would license its ▮▮▮▮ standard-essential patents on FRAND terms.

7. During the parties' negotiations, Apple requested a license to Ericsson's entire portfolio of 2G and 3G standard-essential patents. Apple never requested a license to individual patents, or any subset of patents, within those portfolios. Apple also never inquired on what terms Ericsson would license individual patents, or any subset of patents, within those portfolios.

8. On January 14, 2008, Ericsson and Apple executed a Global Patent License Agreement ("the Agreement").  The Agreement had a term of seven years, and granted Apple a license under all patents owned or controlled by Ericsson at any time during the term of the Agreement that are essential to the 2G and 3G standards.

9. At the time the Agreement was executed, the 4G/LTE standard known as Long Term Evolution ("LTE") was still under consideration and development; Ericsson's intellectual property rights to the 4G/LTE standard were still indeterminate and it was unknown whether Apple would, in the future, release devices that would practice the 4G/LTE standard.  The Agreement contemplated that Apple might release such a device during the term of the Agreement, █████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

11. The Agreement also provided that ████████████████████████████████████████████████████████████████████████████ the Agreement shall be subject to the exclusive jurisdiction of ████████████ and governed by the laws of ████████████: ████████████████████████████████████████████████████████████████

1
2
3
4
5
6
7
I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in Plano, Texas on February 26, 2015.

Dated: February 26, 2015

_____
Kasim Alfalahi