GREGORY P. STONE (Bar No. 78329)
gregory.stone@mto.com
STEVEN M. PERRY (Bar No. 106154)
steven.perry@mto.com
BENJAMIN J. HORWICH (Bar No. 249090)
ben.horwich@mto.com
ZACHARY M. BRIERS (Bar No. 287984)
zachary.briers@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

COURTLAND L. REICHMAN (Bar No. 268873)
creichman@mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, California 94065
Telephone:   (650) 394-1400
Facsimile:   (650) 394-1422

MIKE MCKOOL, JR. (*pro hac vice*)
mmckool@mckoolsmith.com
DOUGLAS A. CAWLEY (*pro hac vice*)
dcawley@mckoolsmith.com
MCKOOL SMITH HENNIGAN, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone:   (214) 978-1000
Facsimile:   (214) 978-4044

*Attorneys for Ericsson Inc. and
Telefonaktiebolaget LM Ericsson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC.,<br><br>               Plaintiff,<br><br>       vs.<br><br>TELEFONAKTIEBOLAGET LM ERICSSON and ERICSSON, INC.,<br><br>               Defendants. | Case No. 3:15-cv-00154-JD<br><br>**DEFENDANTS' STATEMENT REGARDING APPLE'S ADMINISTRATIVE MOTION TO FILE APPLE'S OPPOSITIONS TO DEFENDANTS' MOTION TO DISMISS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5 (DKT. NO. 37)**<br><br>Judge:   Hon. James Donato |

Defendants Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively "Ericsson") hereby submit this statement regarding Apple's Administrative Motion to File Apple's Oppositions To Defendants' Motions To Dismiss Under Seal Pursuant To Civil Local Rule 79-5 (Dkt. No. 37) ("the Motion"). Ericsson does not affirmatively seek to seal the information Apple urges this Court to seal, and Ericsson takes no position on whether Apple has satisfied its burden on the Motion.

DATED:  March 16, 2015                Respectfully submitted,

MUNGER, TOLLES & OLSON LLP
  GREGORY P. STONE
  STEVEN M. PERRY
  BENJAMIN J. HORWICH
  ZACHARY M. BRIERS

MCKOOL SMITH HENNIGAN, P.C.
  MIKE MCKOOL, JR. (*pro hac vice*)
  DOUGLAS A. CAWLEY (*pro hac vice*)
  COURTLAND L. REICHMAN

By:      */s/ Zachary M. Briers*
         ZACHARY M. BRIERS

Attorneys for Defendants ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON