| | |
|---|---|
| 1 | JOSEPH J. MUELLER (admitted *pro hac vice*) |
| 2 | joseph.mueller@wilmerhale.com<br>WILMER CUTLER PICKERING |
| 3 |   HALE AND DORR LLP |
| 4 | 60 State Street<br>Boston, Massachusetts  02109 |
| 5 | Telephone:  (617) 526-6000<br>Facsimile:  (617) 526-5000 |
| 6 | |
| 7 | MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com |
| 8 | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP |
| 9 | 950 Page Mill Road<br>Palo Alto, California  94304 |
| 10 | Telephone:  (650) 858-6000<br>Facsimile:  (650) 858-6100 |
| 11 | *Attorneys for Plaintiff Apple Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>TELEFONAKTIEBOLAGET LM ERICSSON,<br>a Swedish Corporation, and ERICSSON, INC.,<br>a Delaware Corporation,<br><br>        Defendants. | Case No. 3:15-cv-00154-JD<br><br>**ERRATUM TO APPLE INC.'S OPPOSITION TO MOTION TO DISMISS (DKT. 38)**<br><br>Judge: Hon. James Donato<br>Date:  April 15, 2015<br>Time:  10:00 am<br>Place:  Courtroom 11 |

Apple respectfully submits this erratum to correct a mistake in Apple's Opposition to Ericsson's Motion to Dismiss (Dkt. 38), which Ericsson identified in its reply.

The language quoted on page 7, lines 16-18 of Apple's opposition mistakenly relies on Judge Nelson's separate opinion concurring in part and dissenting in part in *United States v. Washington*, 759 F.2d 1353, 1364 (9th Cir. 1985), for the proposition that a declaratory judgment claim need not resolve all issues in controversy.  The en banc majority opinion nevertheless supports the proposition because it allowed and then affirmed a declaratory judgment on only one issue in the case (the "hatchery fish issue") while ruling it inappropriate to issue a declaration on the parties' additional dispute (the "environmental issue").

Accordingly, we respectfully submit the following correction to Dkt. 38:

At page 7, lines 16-18: strike the language:

> *First*, Article III does not require a declaratory judgment plaintiff to craft a claim that "resolve[s] all the issues in controversy"; the action need only promise to "resolve[] a significant disputed issue." *United States v. Washington*, 759 F.2d 1353, 1364 (9th Cir. 1985);

And insert the language:

> *First*, Article III does not require a declaratory judgment plaintiff to craft a claim that resolves all the issues in controversy. *See United States v. Washington*, 759 F.2d 1353, 1357-58, 1360 (9th Cir. 1985) (en banc) (affirming declaratory judgment as to "the hatchery fish issue," while declining to resolve the parties' additional dispute regarding "the environmental issue");

We apologize to the Court for this inadvertent error.

Dated:  March 27, 2015

Respectfully submitted,

WILMER CUTLER PICKERING
 HALE AND DORR LLP


___/s/ Mark D. Selwyn_____
Mark D. Selwyn
*Attorneys for Plaintiff Apple Inc.*