GREGORY P. STONE (Bar No. 78329)
gregory.stone@mto.com
STEVEN M. PERRY (Bar No. 106154)
steven.perry@mto.com
BENJAMIN J. HORWICH (Bar No. 249090)
ben.horwich@mto.com
ZACHARY M. BRIERS (Bar No. 287984)
zachary.briers@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

COURTLAND L. REICHMAN (Bar No. 268873)
creichman@mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, California 94065
Telephone:    (650) 394-1400
Facsimile:     (650) 394-1422

MIKE MCKOOL, JR. (*pro hac vice* pending)
mmckool@mckoolsmith.com
DOUGLAS A. CAWLEY (*pro hac vice* pending)
dcawley@mckoolsmith.com
MCKOOL SMITH HENNIGAN, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone:     (214) 978-1000
Facsimile:      (214) 978-4044

*Attorneys for Ericsson Inc. and
Telefonaktiebolaget LM Ericsson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC.,<br><br>                  Plaintiff,<br><br>        vs.<br><br>TELEFONAKTIEBOLAGET LM ERICSSON and ERICSSON, INC.,<br><br>                  Defendants. | Case No. 3:15-cv-00154-JD<br><br>**NOTICES OF APPEARANCE OF COUNSEL ON BEHALF OF TELEFONAKTIEBOLAGET LM ERICSSON AND ERICSSON, INC.** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Steven M. Perry (State Bar No. 106154) and Benjamin J. Horwich (Bar No. 249090) of Munger, Tolles & Olson LLP hereby appear as counsel for Telefonaktiebolaget LM Ericsson and Ericsson Inc. in this action. Counsel respectfully request to be included via email on the Court's notification of all electronic filings in this action at the following email addresses: steven.perry@mto.com and ben.horwich@mto.com.

| | |
|---|---|
| Benjamin J. Horwich<br>Munger, Tolles & Olson LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105<br>Phone: (415) 512-4066<br>Facsimile: (415) 644-6966 | Steven M. Perry<br>Munger, Tolles & Olson LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071<br>Phone: (213) 683-9133<br>Facsimile: (213) 683-5133 |

DATED:  April 14, 2015                    Respectfully submitted,

MUNGER, TOLLES & OLSON LLP
  GREGORY P. STONE
  STEVEN M. PERRY
  BENJAMIN J. HORWICH
  ZACHARY M. BRIERS

MCKOOL SMITH HENNIGAN, P.C.
  MIKE MCKOOL, JR. (*pro hac vice* pending)
  DOUGLAS A. CAWLEY (*pro hac vice* pending)
  COURTLAND L. REICHMAN

By:     */s/ Zachary M. Briers*
        ZACHARY M. BRIERS

Attorneys for Defendants ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 14, 2015, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.5. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

*/s/ Zachary M. Briers*
Zachary M. Briers