UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date:  April 15, 2015                                          Judge:  James Donato

Time: 36 Minutes

Case No.       **C-15-00154-JD**
Case Name      **Apple Inc. v. Telefonaktiebolaget LM Ericsson, Inc. et al**

Attorney(s) for Plaintiff(s):     William F. Lee/Joseph J. Mueller/Mark D. Selwyn
Attorney(s) for Defendant(s):     Gregory P. Stone/Zachary M. Briers/Benjamin J. Horwich

Deputy Clerk:  Lisa R. Clark                                     Court Reporter: Debra Pas

PROCEEDINGS

Motions to Dismiss filed by Ericsson - Held
Case Management Conference - Held

RESULT OF HEARING

The Court hears argument on Ericsson's two motions to dismiss and will issue an order.

The parties are to jointly submit by April 22, 2015, a revised, proposed case management schedule, including a date for the exchange of initial disclosures.