WILLIAM F. LEE (admitted *pro hac vice*)
william.lee@wilmerhale.com
JOSEPH J. MUELLER (admitted *pro hac vice*)
joseph.mueller@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff Apple Inc.*

GREGORY P. STONE (Bar No. 78329)
gregory.stone@mto.com
STEVEN M. PERRY (Bar No. 106154)
steven.perry@mto.com
BENJAMIN J. HORWICH (Bar No. 249090)
ben.horwich@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

COURTLAND L. REICHMAN (Bar No. 268873)
creichman@mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, California 94065
Telephone:     (650) 394-1400
Facsimile:     (650) 394-1422

*Attorneys for Defendants Telefonaktiebolaget LM Ericsson and Ericsson, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>TELEFONAKTIEBOLAGET LM ERICSSON, a Swedish Corporation, and ERICSSON, INC., a Delaware Corporation,<br><br>Defendants. | Case No. 3:15-cv-00154-JD<br><br>**JOINT PROPOSED CASE MANAGEMENT SCHEDULE** |

Pursuant to the Court's Order (Dkt. No. 60), Plaintiff Apple Inc. ("Apple") and Defendants Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively, "Ericsson") jointly submit a revised, proposed case management schedule, including a date for the exchange of initial disclosures. The parties' proposed schedule is set forth in Attachment A.

Dated: April 22, 2015

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| APPLE INC. | TELEFONAKTIEBOLAGET LM ERICSSON and ERICSSON, INC. |
| By their attorneys, | By their attorneys, |
| */s/ Mark D. Selwyn* | /s/ *Gregory Stone* |
| WILLIAM F. LEE (admitted *pro hac vice*)<br>william.lee@wilmerhale.com<br>JOSEPH J. MUELLER (admitted *pro hac vice*)<br>joseph.mueller@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts  02109<br>Telephone:  (617) 526-6000<br>Facsimile:  (617) 526-5000<br><br>MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California  94304<br>Telephone:  (650) 858-6000<br>Facsimile:  (650) 858-6100 | GREGORY P. STONE (Bar No. 78329)<br>gregory.stone@mto.com<br>STEVEN M. PERRY (Bar No. 106154)<br>steven.perry@mto.com<br>BENJAMIN J. HORWICH (Bar No. 249090)<br>ben.horwich@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, California 90071-1560<br>Telephone:     (213) 683-9100<br>Facsimile:      (213) 687-3702<br><br>COURTLAND L. REICHMAN (Bar No. 268873)<br>creichman@mckoolsmithhennigan.com<br>MCKOOL SMITH HENNIGAN, P.C.<br>255 Shoreline Drive, Suite 510<br>Redwood Shores, California 94065<br>Telephone:     (650) 394-1400<br>Facsimile:      (650) 394-1422 |

## **ATTESTATION**

I, Mark D. Selwyn, do hereby attest that on April 22, 2015, I obtained the concurrence of counsel for Defendants Telefonaktiebolaget LM Ericsson and Ericsson, Inc., to file this document on behalf of both parties.

Dated: April 22, 2015                                         */s/ Mark D. Selwyn*

Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

## ATTACHMENT A

## Jointly Agreed Schedule

| Event | Parties' Proposed Deadline |
|---|---|
| Initial Disclosures | April 24, 2015 |
| Ericsson's Infringement Contentions and accompanying document production due (Patent L.R. 3-1 and 3-2) | May 14, 2015 |
| Apple's Invalidity Contentions and accompanying document production due (Patent L.R. 3-3 and 3-4) (to the extent Apple raises invalidity defenses to any infringement claim by Ericsson) | June 29, 2015 |
| Parties exchange proposed claim terms for construction (Patent L.R. 4-1) | July 13, 2015 |
| Parties exchange proposed constructions for the identified claim terms and identify all supporting evidence and experts (Patent L.R. 4.2) | August 3, 2015 |
| Joint Claim Construction and Prehearing Statement due (Patent L.R. 4-3) | August 28, 2015 |
| Deadline to complete all discovery related to claim construction (Patent L.R. 4-4) | September 28, 2015 |
| Ericsson's opening claim construction brief due (Patent L.R. 4-5(a)) | October 12, 2015 |
| Apple's responsive claim construction brief due (Patent L.R. 4-5(b)) | October 26, 2015 |
| Ericsson's reply claim construction brief due (Patent L.R. 4-5(c)) | Nov. 2, 2015 |
| Amended, final Joint Claim Construction Statement due | Same date as above |
| Claim construction tutorial | To be scheduled by the Court pursuant to the Standing Order for Patent Cases Before Judge James Donato |
| Claim construction hearing (Patent L.R. 4-6) | December 3, 2015, subject to the Court's convenience |
| Deadline for disclosure of materials associated with any opinion of counsel upon which the party intends to rely (Patent L.R. 3-7) | 50 days after Court issues claim construction ruling |
| Deadline to complete fact discovery | Tuesday, March 1, 2016 |
| Deadline to seek leave of Court to amend pleadings pursuant to Fed. R. Civ. Proc. 15(a)(2) | Tuesday, March 8, 2016 |

| Event | Parties' Proposed Deadline |
|---|---|
| Initial expert disclosures and reports due | Thursday, April 14, 2016 |
| Rebuttal expert disclosures and reports due | Monday, May 16, 2016 |
| Deadline to complete expert discovery | Friday, June 17, 2016 |
| Deadline for filing dispositive and *Daubert* motions | TBD after the Court issues a claim construction ruling pursuant to paragraph 14 of the Standing Order for Patent Cases Before Judge James Donato (regarding timing of dispositive motions) |
| Deadline to meet and confer regarding preparation of joint pretrial materials | Wednesday, August 10, 2016 |
| Deadline to serve motions *in limine* | Wednesday, August 24, 2016 |
| Deadline to serve oppositions to motions *in limine* | Friday, September 2, 2016 |
| Pretrial filings due date (Standing Order for Civil Trials Before Judge James Donato, Section A)<br>• Joint Pretrial Statement<br>• Trial Brief<br>• Collated motions *in Limine*<br>• Proposed Jury Instructions<br>• Voir Dire Questions and Verdict Forms<br>• Witness List<br>• Exhibit Lists | Wednesday, September 7, 2016 |
| Final pretrial conference | Wednesday, October 5, 2016 subject to the Court's convenience |
| Commencement of jury trial | Monday, October 17, 2016, subject to the Court's convenience |