UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC.,<br><br>         Plaintiff,<br><br>    v.<br><br>TELEFONAKTIEBOLAGET LM ERICSSON, INC., et al.,<br><br>         Defendants. | Case No. 15-cv-00154-JD<br><br>**CASE MANAGEMENT AND SCHEDULING ORDER** |

The Court orders the following pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

1. **Narrowing issues for trial.** As the case progresses, the parties will limit their asserted claims and prior art references or obviousness combinations as follows:

    a. Forty days after infringement contentions are due -- on June 23, 2015 -- Ericsson will limit the number of asserted claims per patent to ten or less, and the total number of asserted claims to thirty or less. Ericsson will file a Preliminary Election of Asserted Claims listing the remaining asserted claims.

    b. Fifty-four days after infringement contentions are due -- on July 7, 2015 -- Apple will limit the number of asserted prior art references and obviousness combinations per patent to thirty or less, and the total number of asserted prior art references and obviousness combinations to ninety or less. Apple will file a Preliminary Election of Asserted Prior Art listing the remaining prior art references and obviousness combinations.

    c. Twenty-eight days after the claim construction order issues, Ericsson will limit the number of asserted claims per patent to five or less, and the total number of

Case3:15-cv-00154-JD   Document66   Filed05/01/15   Page2 of 4

asserted claims to fifteen or less. Ericsson will file a Final Election of Asserted Claims listing the remaining asserted claims.

    d. Forty-two days after the claim construction order issues, Apple will limit the number of asserted prior art references and obviousness combinations per patent to fifteen or less, and the total number of asserted prior art references and obviousness combinations to forty-five. Apple will file a Final Election of Asserted Prior Art listing the remaining prior art references and obviousness combinations.

    e. Further reductions are likely to be ordered as trial approaches. A party may request modification of these limits, but must provide specific reasons and show good cause in order to do so.

2. *Alice* **motions.** If either party contemplates filing a 35 U.S.C. § 101 invalidity motion (an "*Alice* motion"), they are urged to do so at the earliest practicable time.

3. **Case schedule.** The Court sets the following case schedule:

| Event | Date |
|---|---|
| Initial Disclosures | April 24, 2015 |
| Ericsson's Infringement Contentions and accompanying document production due (Patent L.R. 3-1 and 3-2) | May 14, 2015 |
| Apple's Invalidity Contentions and accompanying document production due (Patent L.R. 3-3 and 3-4) (to the extent Apple raises invalidity defenses to any infringement claim by Ericsson) | June 29, 2015 |
| Parties exchange proposed claim terms for construction (Patent L.R. 4-1) | July 13, 2015 |
| Parties exchange proposed constructions for the identified claim terms and identify all supporting evidence and experts (Patent L.R. 4.2) | August 3, 2015 |
| Joint Claim Construction and Prehearing Statement due (Patent L.R. 4-3) | August 28, 2015 |
| Deadline to complete all discovery related to claim construction (Patent L.R. 4-4) | September 28, 2015 |
| Ericsson's opening claim construction brief due (Patent L.R. 4-5(a)) | October 12, 2015 |

2

| **Event** | **Date** |
|---|---|
| Apple's responsive claim construction brief due (Patent L.R. 4-5(b)) | October 26, 2015 |
| Ericsson's reply claim construction brief due (Patent L.R. 4-5(c)) | November 2, 2015 |
| Amended, final Joint Claim Construction Statement due | Same date as above |
| Claim construction tutorial | Friday, December 4, 2015 at 11 a.m. (no more than 45 mins/side) |
| Claim construction hearing (Patent L.R. 4-6) | Friday, December 11, 2015 at 11 a.m. (no more than 60 mins/side) |
| Deadline for disclosure of materials associated with any opinion of counsel upon which the party intends to rely (Patent L.R. 3-7) | 50 days after Court issues claim construction ruling |
| Deadline to complete fact discovery | Tuesday, March 1, 2016 |
| Deadline to seek leave of Court to amend pleadings pursuant to Fed. R. Civ. Proc. 15(a)(2) | Tuesday, March 8, 2016 |
| Initial expert disclosures and reports due | Thursday, April 14, 2016 |
| Rebuttal expert disclosures and reports due | Monday, May 16, 2016 |
| Deadline to complete expert discovery | Friday, June 17, 2016 |
| Deadline for filing dispositive and *Daubert* motions | Wednesday, June 22, 2016 |
| Deadline to meet and confer regarding preparation of joint pretrial materials | Wednesday, August 10, 2016 |
| Deadline to serve motions in limine | Wednesday, August 24, 2016 |
| Deadline to serve oppositions to motions in limine | Friday, September 2, 2016 |
| Pretrial filings due date (Standing Order for Civil Trials Before Judge James Donato, Section A)<br>● Joint Pretrial Statement<br>● Trial Brief<br>● Collated motions in Limine<br>● Proposed Jury Instructions<br>● Voir Dire Questions and Verdict Forms<br>● Witness List<br>● Exhibit Lists | Wednesday, September 7, 2016 |
| Final pretrial conference | Wednesday, October 5, 2016 at 3 p.m. |
| Commencement of jury trial | Monday, October 17, 2016 at 9 a.m. |

All dates set by the Court should be regarded as firm. Counsel may not modify these dates by stipulation without leave of court. Requests for continuances are disfavored, and

3

scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance. Sanctions may issue for a failure to obey a scheduling or other pretrial order. *See* Fed. R. Civ. P. 16(f)(1)(C). The parties should review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Trials.

**IT IS SO ORDERED.**

Dated: May 1, 2015

_____
JAMES DONATO
United States District Judge