| | |
|---|---|
| GREGORY P. STONE (Bar No. 78329) <br> gregory.stone@mto.com <br> STEVEN M. PERRY (Bar No. 106154) <br> steven.perry@mto.com <br> BENJAMIN J. HORWICH (Bar No. 249090) <br> ben.horwich@mto.com <br> ZACHARY M. BRIERS (Bar No. 287984) <br> zachary.briers@mto.com <br> MUNGER, TOLLES & OLSON LLP <br> 355 South Grand Avenue, 35th Floor <br> Los Angeles, California 90071-1560 <br> Telephone:   (213) 683-9100 <br> Facsimile:   (213) 687-3702 | MIKE MCKOOL, JR. (*pro hac vice*) <br> mmckool@mckoolsmith.com <br> DOUGLAS A. CAWLEY (*pro hac vice*) <br> dcawley@mckoolsmith.com <br> MCKOOL SMITH HENNIGAN, P.C. <br> 300 Crescent Court, Suite 1500 <br> Dallas, Texas 75201 <br> Telephone:   (214) 978-1000 <br> Facsimile:   (214) 978-4044 <br> <br> *Attorneys for Ericsson Inc. and Telefonaktiebolaget LM Ericsson* |

COURTLAND L. REICHMAN (Bar No. 268873)
creichman@mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, California 94065
Telephone:   (650) 394-1400
Facsimile:   (650) 394-1422

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., <br> <br> Plaintiff, <br> <br> vs. <br> <br> TELEFONAKTIEBOLAGET LM ERICSSON and ERICSSON, INC., <br> <br> Defendants. | Case No. 3:15-cv-00154-JD <br> <br> **DEFENDANTS' ADMINISTRATIVE MOTION TO FILE ERICSSON'S ANSWER TO FIRST AMENDED COMPLAINT FOR DECLARATORY JUDGMENT AND COUNTERCLAIMS CONDITIONALLY UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5** <br> <br> Judge:   Hon. James Donato |

1    Pursuant to Civil Local Rule 79-5, Defendants Ericsson Inc. and Telefonaktiebolaget LM
2 Ericsson (collectively "Ericsson") hereby move the Court for an order permitting Ericsson to
3 conditionally file under seal Ericsson's Answer To First Amended Complaint For Declaratory
4 Judgment And Counterclaims ("Answer and Counterclaims"), which contains information that
5 Ericsson understands Plaintiff Apple Inc. ("Apple") to contend is proprietary and/or confidential
6 to Apple.  Ericsson does not itself advocate sealing the redacted portions of this document, but it
7 has filed the redacted portions conditionally under seal to provide Apple an opportunity to submit
8 evidence and argument in support of any claim it has to confidential treatment of the redacted
9 portions of this document.  *Cf.* N.D. Cal. Civ. L.R. 79-5(e).  In support of this Administrative
10 Motion, Ericsson submits the concurrently filed Declaration Of Zachary Briers In Support Of
11 Administrative Motion To File Ericsson's Answer To First Amended Complaint For Declaratory
12 Judgment And Counterclaims Conditionally Under Seal Pursuant to Civil Local Rule 79-5
13 ("Briers Decl.").

14    Ericsson has publicly filed a redacted version of the Answer and Counterclaims.  Ericsson
15 has lodged with the Court a confidential unredacted version of the Answer and Counterclaims
16 (with the portions that are redacted in the publicly filed version highlighted).  The redacted
17 portions of the Answer and Counterclaims contain information pertaining to the terms of a prior
18 license agreement between Ericsson and Apple.  Apple has asserted that such information, or
19 similar information, is confidential and/or proprietary to Apple.  *See* Declaration of Jeff Risher In
20 Support of Defendants' Administrative Motion To File Documents Conditionally Under Seal
21 Pursuant to Civil Local Rule 79-5 ¶¶ 3-5 (ECF No. 29).  The Court has previously granted Apple's
22 request to seal similar information.  *See* ECF No. 63.  Although Ericsson believes that some
23 portions of the parties' license agreement are competitively sensitive, Ericsson has endeavored to
24 not include competitively sensitive information in the Answer and Counterclaims.  Ericsson
25 therefore does not itself advocate sealing the redacted portions of the Answer and Counterclaims,
26 but it has endeavored to redact the portions of the Answer and Counterclaims that may contain
27 ///
28

1  information Apple contends is confidential and/or proprietary, in order to provide Apple an
2  opportunity to submit evidence and argument in support of its contention.  See Briers Decl. ¶ 3.
3
4  DATED:  May 4, 2015                    Respectfully submitted,

   MUNGER, TOLLES & OLSON LLP
       GREGORY P. STONE
       STEVEN M. PERRY
       BENJAMIN J. HORWICH
       ZACHARY M. BRIERS

   MCKOOL SMITH HENNIGAN, P.C.
       MIKE MCKOOL, JR. (*pro hac vice*)
       DOUGLAS A. CAWLEY (*pro hac vice*)
       COURTLAND L. REICHMAN


   By:       /s/ Gregory P. Stone
             GREGORY P. STONE

   Attorneys for Defendants ERICSSON INC. and
   TELEFONAKTIEBOLAGET LM ERICSSON