UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TELEFONAKTIEBOLAGET LM ERICSSON and ERICSSON, INC.,<br><br>　　　　Defendants. | Case No. 3:15-cv-00154-JD<br><br>**DECLARATION OF ZACHARY BRIERS IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE ERICSSON'S ANSWER TO FIRST AMENDED COMPLAINT FOR DECLARATORY JUDGMENT AND COUNTERCLAIMS CONDITIONALLY UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5**<br><br>Judge:　Hon. James Donato |

I, Zachary M. Briers, hereby declare that:

　　　1.　　I am an attorney with the law firm of Munger, Tolles & Olson LLP, counsel of record for Defendants Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively "Ericsson") in the above-captioned action. The statements in this declaration are based either upon my personal knowledge or corporate records maintained by Ericsson in the ordinary course of business. Pursuant to Civil Local Rule 79-5, I make this declaration in support of Ericsson's Administrative Motion To File Ericsson's Answer To First Amended Complaint For Declaratory Judgment And Counterclaims Conditionally Under Seal Pursuant To Civil Local Rule 79-5.

　　　2.　　Ericsson has publicly filed a redacted version of Ericsson's Answer To First Amended Complaint For Declaratory Judgment And Counterclaims ("Answer and Counterclaims"). Ericsson redacted from this document certain information that Plaintiff Apple Inc. ("Apple") has asserted is proprietary and/or confidential to Apple. Although Ericsson believes that some terms of the parties' prior license agreement are competitively sensitive, Ericsson has endeavored to not include competitively sensitive information in the Answer and Counterclaims. Ericsson does not itself advocate sealing the redacted portions of this document, but it has filed the redacted portions conditionally under seal to provide Apple an opportunity to

1 | submit evidence and argument in support of any claim it has to confidential treatment of the
2 | redacted portions of the Answer and Counterclaims.

3 |       3.     Ericsson has lodged with the Court a confidential unredacted copy of the Answer
4 | and Counterclaims. The confidential copy lodged with the Court is highlighted to reflect the
5 | portions of the publicly filed Answer and Counterclaims that were redacted. The redacted
6 | portions of the Answer and Counterclaims (highlighted in the copies lodged with the Court)
7 | contain information pertaining to the terms of a prior license agreement between Ericsson and
8 | Apple. I believe Apple contends that this information (or information similar to the redacted
9 | portions) is confidential and/or proprietary to Apple.

11 |      I declare under penalty of perjury of the laws of the United States that the foregoing is true
12 | and correct.

14 | Dated: May 4, 2015

15 |                                                Zachary M. Briers