UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TELEFONAKTIEBOLAGET LM ERICSSON and ERICSSON, INC.,<br><br>　　　　Defendants. | Case No. 3:15-cv-00154-JD<br><br>**[PROPOSED] ORDER REGARDING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE ERICSSON'S ANSWER TO FIRST AMENDED COMPLAINT FOR DECLARATORY JUDGMENT AND COUNTERCLAIMS CONDITIONALLY UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5**<br><br>Judge:　Hon. James Donato |

　　　　Upon consideration of Defendants' Administrative Motion To File Ericsson's Answer To First Amended Complaint For Declaratory Judgment And Counterclaims Conditionally Under Seal Pursuant To Civil Local Rule 79-5 and the Declaration of Zachary Briers in support thereof, pursuant to Civil Local Rule 79-5 and good cause appearing, IT IS HEREBY ORDERED:

　　　　1.　　　The confidential unredacted version of Ericsson's Answer To First Amended Complaint For Declaratory Judgment And Counterclaims shall be filed conditionally under seal.

　　　　2.　　　Within four days of the filing of this order, Plaintiff Apple Inc. shall file a declaration in the nature of a declaration under Civil Local Rule 79-5(d)(1)(A) establishing the

sealable nature of any portions of Ericsson's Answer To First Amended Complaint For Declaratory Judgment And Counterclaims that Apple believes should be sealed.

DATED: _____, 2015

                                          Hon. James Donato
                                          UNITED STATES DISTRICT JUDGE

Submitted by:

MUNGER, TOLLES & OLSON LLP
    GREGORY P. STONE
    STEVEN M. PERRY
    BENJAMIN J. HORWICH
    ZACHARY M. BRIERS

MCKOOL SMITH HENNIGAN, P.C.
    MIKE MCKOOL, JR. (*pro hac vice*)
    DOUGLAS A. CAWLEY (*pro hac vice*)
    COURTLAND L. REICHMAN

By     */s/ Gregory P. Stone*
        GREGORY P. STONE

*Attorneys for Ericsson Inc. and Telefonaktiebolaget LM Ericsson*