**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, the undersigned, declare: that I am employed in the aforesaid County; I am over the age of 18 and not a party to the within action; my business address is 355 South Grand Ave., Thirty-Fifth Floor, Los Angeles, California 9071.

On May 4, 2015, I served upon the interested parties in this action the documents described as:

- **Unredacted Version of Ericsson's Answer To First Amended Complaint For Declaratory Judgment And Counterclaims**

☐ By placing ☐ the original ☐ a true copy thereof enclosed in sealed envelope(s) addressed as stated on the attached service list.

☐ **BY MAIL (AS INDICATED ON THE ATTACHED SERVICE LIST)** I caused such envelope(s) to be deposited with postage thereon fully prepaid in the United States mail at a facility regularly maintained by the United States Postal Service at Los Angeles, California. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation dated or postage meter date is more than one day after dated of deposit for mailing, pursuant to this affidavit.

☒ **BY ELECTRONIC MAIL (AS INDICATED ON ATTACHED SERVICE LIST)** By attaching a true copy thereof to the email addressed as stated on the attached service list.

☐ **BY FEDERAL EXPRESS PRIORITY OVERNIGHT DELIVERY (AS INDICATED ON ATTACHED SERVICE LIST)** I caused such envelope(s) to be placed for Federal Express collection and delivery at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for Federal Express mailing. Under that practice it would be deposited with the Federal Express office on that same day with instructions for overnight delivery, fully prepaid, at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the Federal Express delivery date is more than one day after dated of deposit with the local Federal Express office, pursuant to this affidavit.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on May 4, 2015, at Los Angeles, California.

_____
Zachary M. Briers

SERVICE LIST

*Apple Inc. v. Ericsson Inc., et al.*, Case No. 3:15-cv-154-JD (N.D. Cal.)

| | |
|---|---|
| William F. Lee<br>william.lee@wilmerhale.com<br>Joseph J. Mueller<br>joseph.mueller@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DOOR LLP<br>60 State Street<br>Boston, MA 02109<br>Tel:    (617) 526-6000<br><br>Mark D. Selwyn<br>mark.selwyn@wilmerhale.com<br>Christine Duh<br>christine.duh@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DOOR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Tel:    (650) 858-6000 | Attorneys for Apple Inc. |