# Detre Decl. Ex. E

## Detre, Peter

**From:** Duh, Christine <Christine.Duh@wilmerhale.com>
**Sent:** Wednesday, May 13, 2015 9:43 PM
**To:** Tuttle, Eric; Detre, Peter
**Cc:** Selwyn, Mark
**Subject:** RE: Apple v. Ericsson (NDCal)

Peter and Eric – Following up on our call yesterday, we are writing to inform you that we would oppose any motion to change the dates ordered by the Court for the first narrowing of asserted claims and prior art.

Best regards,

Christine

---

**From:** Tuttle, Eric [mailto:Eric.Tuttle@mto.com]
**Sent:** Thursday, May 07, 2015 9:27 AM
**To:** Selwyn, Mark
**Cc:** Duh, Christine; peter.detre@mto.com
**Subject:** Apple v. Ericsson (NDCal)

Mark and Christine,

We would like to discuss with you the scheduling order entered by Judge Donato, and in particular the provisions for reducing the number of asserted claims and prior art references. Could you please let us know your availability tomorrow for a call? We are generally available except from 10:00 – 10:30 and 3:00 – 3:30.

Best,

**Eric P. Tuttle**
Tel: 213.683.9506 | Fax: 213.683.4006
eric.tuttle@mto.com

1