1  WILLIAM F. LEE (admitted *pro hac vice*)
   william.lee@wilmerhale.com
2  JOSEPH J. MUELLER (admitted *pro hac vice*)
   joseph.mueller@wilmerhale.com
3  WILMER CUTLER PICKERING
4    HALE AND DORR LLP
   60 State Street
5  Boston, Massachusetts  02109
   Telephone:  (617) 526-6000
6  Facsimile:  (617) 526-5000

7
   MARK D. SELWYN (SBN 244180)
8  mark.selwyn@wilmerhale.com
   CHRISTINE E. DUH (SBN 228544)
9  christine.duh@wilmerhale.com
   CORTNEY C. HOECHERL (SBN 245005)
10 cortney.hoecherl@wilmerhale.com
11 WILMER CUTLER PICKERING
     HALE AND DORR LLP
12 950 Page Mill Road
   Palo Alto, California 94304
13 Tel:     (650) 858-6000
   Fax:     (650) 858-6100
14

15 *Attorneys for Plaintiff Apple Inc.*

16                          UNITED STATES DISTRICT COURT

17                         NORTHERN DISTRICT OF CALIFORNIA

18

19 APPLE INC., a California Corporation,            )   Case No. 3:15-cv-00154-JD
                                                    )
20         Plaintiff,                               )   **NOTICE OF APPEARANCE OF**
                                                    )   **COUNSEL ON BEHALF OF**
21    vs.                                           )   **APPLE INC.**
                                                    )
22                                                  )
   TELEFONAKTIEBOLAGET LM ERICSSON,                 )
23 a Swedish Corporation, and ERICSSON, INC.,       )
   a Delaware Corporation,                          )
24                                                  )
                                                    )
25         Defendants.                              )
                                                    )
26

27

28

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that Cortney C. Hoecherl (State Bar No. 245005) of Wilmer Cutler Pickering Hale and Dorr LLP hereby appears as counsel for Apple Inc. in this action. Counsel respectfully requests that she be included via email on the Court's notification of all electronic filings in this action at the following email address: cortney.hoecherl@wilmerhale.com.

Dated:  May 26, 2015	WILMER CUTLER PICKERING
	    HALE AND DORR LLP


	 */s/ Cortney C. Hoecherl*
	Cortney C. Hoecherl (SBN 245005)
	WILMER CUTLER PICKERING
	    HALE AND DORR LLP
	950 Page Mill Road
	Palo Alto, California 90304
	Tel:     (650) 858-6127
	Fax:    (650) 858-6100

	*Counsel for Plaintiff Apple Inc.*

- 2 -		NOTICE OF APPEARANCE
		Case No. 3:15-cv-00154-JD

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 26, 2015, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.5.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

*/s/ Cortney C. Hoecherl*
Cortney C. Hoecherl