WILLIAM F. LEE (admitted *pro hac vice*)
william.lee@wilmerhale.com
JOSEPH J. MUELLER (admitted *pro hac vice*)
joseph.mueller@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
CHRISTINE E. DUH (SBN 228544)
christine.duh@wilmerhale.com
CORTNEY C. HOECHERL (SBN 245005)
cortney.hoecherl@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel:    (650) 858-6000
Fax:   (650) 858-6100

*Attorneys for Plaintiff Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., a California Corporation, | Case No. 3:15-cv-00154-JD |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF APPLE INC.** |
| vs. | |
| TELEFONAKTIEBOLAGET LM ERICSSON, a Swedish Corporation, and ERICSSON, INC., a Delaware Corporation, | |
| Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that Kathryn D. Zalewski (State Bar No. 263119) of Wilmer Cutler Pickering Hale and Dorr LLP hereby appears as counsel for Apple Inc. in this action. Counsel respectfully requests that she be included via email on the Court's notification of all electronic filings in this action at the following email address: kathryn.zalewski@wilmerhale.com .

Dated: June 1, 2015                     WILMER CUTLER PICKERING
                                                    HALE AND DORR LLP


                                                     */s/ Kathryn D. Zalewski*
                                                    Kathryn D. Zalewski (SBN 263119)
                                                    WILMER CUTLER PICKERING
                                                       HALE AND DORR LLP
                                                    950 Page Mill Road
                                                    Palo Alto, California 90304
                                                    Tel:     (650) 858-6121
                                                    Fax:    (650) 858-6100

                                                    *Counsel for Plaintiff Apple Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 1, 2015, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.5.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

*/s/ Kathryn D. Zalewski*
Kathryn D. Zalewski