| | |
|---|---|
| 1 | WILLIAM F. LEE (admitted *pro hac vice*) |
| 2 | william.lee@wilmerhale.com |
|   | JOSEPH J. MUELLER (admitted *pro hac vice*) |
| 3 | joseph.mueller@wilmerhale.com |
|   | WILMER CUTLER PICKERING |
| 4 |    HALE AND DORR LLP |
|   | 60 State Street |
| 5 | Boston, Massachusetts  02109 |
|   | Telephone:  (617) 526-6000 |
| 6 | Facsimile:  (617) 526-5000 |
| 7 | |
|   | MARK D. SELWYN (CA SBN 244180) |
| 8 | mark.selwyn@wilmerhale.com |
|   | WILMER CUTLER PICKERING |
| 9 |    HALE AND DORR LLP |
|   | 950 Page Mill Road |
| 10 | Palo Alto, California  94304 |
|   | Telephone:  (650) 858-6000 |
| 11 | Facsimile:  (650) 858-6100 |
| 12 | |
|   | *Attorneys for Plaintiff Apple Inc.* |
| 13 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 16 | APPLE INC., a California Corporation, | CASE NO. 3:15-cv-00154-JD |
| 17 | Plaintiff, | |
| 18 | v. | **CERTIFICATE OF SERVICE VIA ELECTRONIC MAIL** |
| 19 | TELEFONAKTIEBOLAGET LM ERICSSON, | |
| 20 | a Swedish Corporation, and ERICSSON, INC., a Delaware Corporation, | Judge: Hon. James Donato |
| 21 | | |
| 22 | Defendants. | |

3:15-cv-00154-JD                                           CERTIFICATE OF SERVICE

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SANTA CLARA

I, the undersigned, declare: that I am employed by Wilmer Cutler Pickering Hale and Dorr LLP in the County of Santa Clara. I am over the age of 18 and not a party to the within action. My business address is: 950 Page Mill Road, Palo Alto, CA 94304.

On June 2, 2015, I served upon the interested parties in the action the document(s) described as:

- **UNREDACTED VERSION OF EXHIBIT 2 TO DECLARATION OF MARK D. SELWYN IN SUPPORT OF APPLE'S OPPOSITION TO ERICSSON'S MOTION TO CHANGE THE DATE OF INITIAL NARROWING OF ASSERTED CLAIMS**

[X] **BY ELECTRONIC MAIL (SEE ATTACHED SERVICE LIST)** By attaching true copies thereof to the emails addressed as stated on the attached service list.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 2, 2015, at Palo Alto, California.

_Leizel Galon_

## SERVICE LIST

Apple Inc. v. Ericsson Inc., et al., Case No. 3:15-cv-154-JD (N.D. Cal.)

| | |
|---|---|
| GREGORY P. STONE (Bar No. 78329)<br>gregory.stone@mto.com<br>STEVEN M. PERRY (Bar No. 106154)<br>steven.perry@mto.com<br>BENJAMIN J. HORWICH (Bar No. 249090)<br>ben.horwich@mto.com<br>ZACHARY M. BRIERS (Bar No. 287984)<br>zachary.briers@mto.com<br>MUNGER, TOLLES & OLSEN LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, California  90071-1560<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702<br><br><br>MIKE MCKOOL, JR. (pro hac vice)<br>mmckool@mckoolsmith.com<br>DOUGLAS A. CAWLEY (pro hac vice)<br>dcawley@mckoolsmith.com<br>MCKOOL, SMITH HENNIGAN, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>Telephone: (214) 978-1000<br>Facsimile:  (214) 978-4044<br><br>COURTLAND L. REICHMAN (Bar No. 268873)<br>creichman@mckoolsmithhennigan.com<br>MCKOOL SMITH HENNIGAN, P.C.<br>255 Shoreline Drive, Suite 510<br>Redwood Shores, California  94065<br>Telephone (650) 394-1400<br>Facsimile   (650) 394-1422 | Attorneys for Ericsson Inc. and Telefonaktiebologet LM Ericsson |