UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff-Counterdefendant, <br><br> vs. <br><br> TELEFONAKTIEBOLAGET LM ERICSSON and ERICSSON, INC., <br><br> Defendants-Counterclaimants. | Case No. 3:15-cv-00154-JD <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS-COUNTERCLAIMANTS' MOTION TO CHANGE DATE OF INITIAL NARROWING OF ASSERTED CLAIMS** <br><br> Judge:   Hon. James Donato |

Having considered the motion of defendants-counterclaimaints Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively, "Ericsson") to change the date of initial narrowing of asserted claims, and good cause appearing therefor,

IT IS HEREBY ORDERED:

Ericsson's motion is GRANTED.  Ericsson shall file its Preliminary Election of Asserted Claims on August 10, 2015.  Apple shall file its Preliminary Election of Asserted Prior Art on August 24, 2015.  All other dates specified in the Court's May 1, 2015, Case Management Scheduling Order remain unchanged.

DATED: June 12, 2015                    _____
                                        The Honorable James Donato
                                        UNITED STATES DISTRICT JUDGE

1  Submitted by,

2  MUNGER, TOLLES & OLSON LLP
3      GREGORY P. STONE
    STEVEN M. PERRY
4      BENJAMIN J. HORWICH
    ZACHARY M. BRIERS
5
McKOOL SMITH HENNIGAN, P.C.
6      MIKE MCKOOL, JR. (*pro hac vice*)
    DOUGLAS A. CAWLEY (*pro hac vice*)
7      COURTLAND L. REICHMAN

8

9  By:   */s/ Benjamin J. Horwich*
        BENJAMIN J. HORWICH

10 Attorneys for Defendants-Counterclaimants ERICSSON
INC. and TELEFONAKTIEBOLAGET LM ERICSSON
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-   3:15-cv-00154-JD
[PROPOSED] ORDER GRANTING ERICSSON'S MOTION TO CHANGE DATE