

# SUPREME COURT
## State of Colorado,

STATE OF COLORADO, ss:

I, **Christopher T. Ryan** Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Anne Jin Lee**

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **4th** day of **November** A. D. **2013** and that at the date hereof the said **Anne Jin Lee** is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **2nd** day of **April** A. D. **2015**

**Christopher T. Ryan**
Clerk

By *Carla Trujillo*
Deputy Clerk