| | |
|---|---|
| WILLIAM F. LEE (admitted *pro hac vice*) | GREGORY P. STONE (Bar No. 78329) |
| william.lee@wilmerhale.com | gregory.stone@mto.com |
| JOSEPH J. MUELLER (admitted *pro hac vice*) | STEVEN M. PERRY (Bar No. 106154) |
| joseph.mueller@wilmerhale.com | steven.perry@mto.com |
| WILMER CUTLER PICKERING | BENJAMIN J. HORWICH (Bar No. 249090) |
|    HALE AND DORR LLP | ben.horwich@mto.com |
| 60 State Street | MUNGER, TOLLES & OLSON LLP |
| Boston, Massachusetts  02109 | 355 South Grand Avenue, 35th Floor |
| Telephone:  (617) 526-6000 | Los Angeles, California 90071-1560 |
| Facsimile:  (617) 526-5000 | Telephone:     (213) 683-9100 |
| | Facsimile:      (213) 687-3702 |
| MARK D. SELWYN (CA SBN 244180) | |
| mark.selwyn@wilmerhale.com | COURTLAND L. REICHMAN (Bar No. 268873) |
| WILMER CUTLER PICKERING | creichman@mckoolsmithhennigan.com |
|    HALE AND DORR LLP | MIKE MCKOOL, JR. (*pro hac vice*) |
| 950 Page Mill Road | mmckool@mckoolsmith.com |
| Palo Alto, California  94304 | DOUGLAS A. CAWLEY (*pro hac vice*) |
| Telephone:  (650) 858-6000 | dcawley@mckoolsmith.com |
| Facsimile: (650) 858-6100 | MCKOOL SMITH HENNIGAN, P.C. |
| | 255 Shoreline Drive, Suite 510 |
| *Attorneys for Plaintiff Apple Inc.* | Redwood Shores, California 94065 |
| | Telephone:     (650) 394-1400 |
| | Facsimile:      (650) 394-1422 |
| | |
| | *Attorneys for Defendants Ericsson Inc. and Telefonaktiebolaget LM Ericsson* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APPLE INC., a California Corporation, | Case No. 3:15-cv-00154-JD |
| Plaintiff, | |
| v. | **JOINT MOTION FOR ENTRY OF SUPPLEMENTAL PROTECTIVE ORDER BETWEEN NON-PARTY QUALCOMM INCORPORATED, PLAINTIFF, AND DEFENDANTS** |
| TELEFONAKTIEBOLAGET LM ERICSSON, a Swedish Corporation, and ERICSSON, INC., a Delaware Corporation, | |
| Defendants. | Judge:    Hon. James Donato |
| | [NO HEARING REQUESTED] |

In order to facilitate access to confidential information to be produced by non-party Qualcomm Inc., Plaintiff Apple Inc. ("Plaintiff") and Defendants Telefonaktiebolaget LM Ericsson and Ericsson, Inc. (collectively, "Ericsson") (together, hereinafter referred to as "the Parties") jointly submit a proposed Qualcomm Supplemental Protective Order to govern the production of confidential information to be produced by non-party Qualcomm Inc. and the Parties, attached hereto.

DATED:     July 13, 2015

Respectfully submitted,

APPLE INC.

By their attorneys,

*/s/ Mark D. Selwyn*

WILLIAM F. LEE (admitted *pro hac vice*)
william.lee@wilmerhale.com
JOSEPH J. MUELLER (admitted *pro hac vice*)
joseph.mueller@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

Respectfully submitted,

ERICSSON INC. AND
TELEFONAKTIEBOLAGET LM ERICSSON
By their attorneys,

*/s/ Laura Wirth*

GREGORY P. STONE (Bar No. 78329)
gregory.stone@mto.com
STEVEN M. PERRY (Bar No. 106154)
BENJAMIN J. HORWICH (Bar No. 249090)
ben.horwich@mto.com
ZACHARY M. BRIERS (Bar No. 287984)
LAURA WIRTH (Bar No. 280800)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

COURTLAND L. REICHMAN (Bar No. 268873)
creichman@mckoolsmithhennigan.com
MIKE MCKOOL, JR. (*pro hac vice*)
mmckool@mckoolsmith.com
DOUGLAS A. CAWLEY (*pro hac vice*)
dcawley@mckoolsmith.com
MCKOOL SMITH HENNIGAN, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, California 94065
Telephone:     (650) 394-1400
Facsimile:     (650) 394-1422

Case No. 3:15-cv-00154 JD

1

JOINT MOTION FOR ENTRY OF QUALCOMM SUPPLEMENTAL PROTECTIVE ORDER

**ATTESTATION**

I, Laura Wirth, do hereby attest that on July 13, 2015, I obtained the concurrence of counsel for Apple, Inc. to file this document on behalf of both parties.

DATED: July 13, 2015          By:   /s/ Laura Wirth
                                    Laura Wirth

Laura Wirth (SBN 280800)
laura.wirth@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

Attorneys for Defendants ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON