UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: July 17, 2015　　　　　　　　　　　　　　　　　　　Judge: Hon. James Donato

Court Reporter: Not Reported
Time: 10 Minutes

Case No.　　**C-15-00154-JD**
Case Name　**Apple Inc. v. Telefonaktiebolaget LM Ericsson, Inc. et al.**

Attorney(s) for Plaintiff:　　　Mark Selwyn
Attorney(s) for Defendant(s):　Gregory P. Stone

Deputy Clerk: Lisa Clark

PROCEEDINGS

Telephonic Discovery Hearing - Held

RESULT OF HEARING

The Court hears argument on and discusses with the parties the issues raised by Ericsson's discovery letter (Dkt. No. 97) and Apple's response (Dkt. No. 100).

The Court finds that Ericsson is entitled to a clearer and more definitive response from Apple to its Interrogatory No. 11. The answer that Apple "does not test" does not answer the question whether Apple knows "whether each LTE Product implements or practices each of the Identified Portions of the LTE Standard." If Apple does not currently know, then it should more clearly say so. Apple is ordered to amend its response by July 24, 2015.

Apple must also include in its amended response the name and contact information for those individuals with the most knowledge about whether or not the products practice the standard, whether those persons are at Apple and/or Qualcomm, and even if Apple has already provided that information to Ericsson elsewhere.