1   GREGORY P. STONE (Bar No. 78329)
    gregory.stone@mto.com
2   STEVEN M. PERRY (Bar No. 106154)
    steven.perry@mto.com
3   BENJAMIN J. HORWICH (Bar No. 249090)
    ben.horwich@mto.com
4   ZACHARY M. BRIERS (Bar No. 287984)
    zachary.briers@mto.com
5   MUNGER, TOLLES & OLSON LLP
    355 South Grand Avenue, 35th Floor
6   Los Angeles, California 90071-1560
    Telephone:      (213) 683-9100
7   Facsimile:      (213) 687-3702

8
    COURTLAND L. REICHMAN (Bar No. 268873)
9   creichman@mckoolsmithhennigan.com
    MCKOOL SMITH HENNIGAN, P.C.
10  255 Shoreline Drive, Suite 510
    Redwood Shores, California 94065
11  Telephone:      (650) 394-1400
    Facsimile:      (650) 394-1422

MIKE MCKOOL, JR. (*pro hac vice*)
mmckool@mckoolsmith.com
DOUGLAS A. CAWLEY (*pro hac vice*)
dcawley@mckoolsmith.com
MCKOOL SMITH HENNIGAN, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone:      (214) 978-1000
Facsimile:      (214) 978-4044

*Attorneys for Ericsson Inc. and*
*Telefonaktiebolaget LM Ericsson*

12

13

14              UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16

17   APPLE INC.,

18          Plaintiff-Counterdefendant,

19       vs.

20   TELEFONAKTIEBOLAGET LM
     ERICSSON and ERICSSON, INC.,
21
            Defendants-Counterclaimants.
22

Case No. 3:15-cv-00154-JD

**DEFENDANTS' PRELIMINARY
ELECTION OF ASSERTED CLAIMS**

23

24

25

26

27

28

3:15-cv-00154-JD

DEFENDANTS' PRELIMINARY ELECTION OF ASSERTED CLAIMS

In its May 15, 2015, Scheduling Order (Dkt. No. 66), the Court directed Defendants Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively "Ericsson") to file a Preliminary Election of Asserted Claims limiting the number of asserted claims per patent to ten or less and the total number of asserted claims to thirty or less.  Subsequently, the Court set August 10, 2015 as the date for Ericsson to file its Preliminary Election of Asserted Claims.  (Dkt. No. 92.)

Pursuant to the Court's direction, and without prejudice to subsequent assertion of non-elected claims, Ericsson hereby elects to proceed with the following thirty asserted claims:

| Patent | Claims |
|---|---|
| 6,445,917 | 1, 2, 5, 11, 12, 13, 14, 17 |
| 6,985,474 | 53, 56, 57 |
| 7,660,417 | 19, 21, 24, 25 |
| 8,023,990 | 2, 4, 8, 10 |
| 8,036,150 | 1, 13, 14, 17 |
| 8,169,992 | 3, 7, 10, 11 |
| 8,214,710 | 5, 8, 12 |

DEFENDANTS' PRELIMINARY ELECTION OF ASSERTED CLAIMS

DATED:  August 10, 2015                    MUNGER, TOLLES & OLSON LLP
                                              GREGORY P. STONE
                                              STEVEN M. PERRY
                                              BENJAMIN J. HORWICH
                                              ZACHARY M. BRIERS

                                           MCKOOL SMITH HENNIGAN, P.C.
                                              MIKE MCKOOL, JR. (*pro hac vice*)
                                              DOUGLAS A. CAWLEY (*pro hac vice*)
                                              COURTLAND L. REICHMAN


                                           By:      */s/ Zachary M. Briers*
                                                   ZACHARY M. BRIERS

                                           Attorneys for Defendants ERICSSON INC. and
                                           TELEFONAKTIEBOLAGET LM ERICSSON

DEFENDANTS' PRELIMINARY ELECTION OF ASSERTED CLAIMS