Betty H. Chen (CSB No. 290588)
bchen@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile:  (650) 839-5071

Attorney for Plaintiff APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| APPLE INC., a California Corporation, | Case No. 3:15-cv-00154-JD |
| Plaintiff, | **NOTICE OF APPEARANCE OF BETTY H. CHEN** |
| v. | |
| TELEFONAKTIEBOLAGET LM ERICSSON, a Swedish Corporation, and ERICSSON, INC., a Delaware Corporation, | |
| Defendants. | |

PLEASE TAKE NOTICE that Betty H. Chen of Fish & Richardson P.C. hereby enters her appearance as counsel on behalf of Plaintiff Apple Inc. in the above-referenced matter.  Ms. Chen is admitted to practice in this Court and consents to electronic service for all papers in this action.

Dated:  August 13, 2015          FISH & RICHARDSON P.C.


                                 By:  */s/ Betty H. Chen*
                                      Betty H. Chen

                                 Attorney for Plaintiff
                                 APPLE INC.

50994396.doc