WILLIAM F. LEE (admitted *pro hac vice*)
william.lee@wilmerhale.com
JOSEPH J. MUELLER (admitted *pro hac vice*)
joseph.mueller@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
CHRISTINE E. DUH (CA SBN 228544)
christine.duh@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>    Plaintiff,<br><br>   v.<br><br>TELEFONAKTIEBOLAGET LM ERICSSON, a Swedish Corporation, and ERICSSON, INC., a Delaware Corporation,<br><br>    Defendants. | Case No. 3:15-cv-00154-JD<br><br>**APPLE INC.'S PRELIMINARY ELECTION OF ASSERTED PRIOR ART**<br><br>Judge:  Hon. James Donato |

Pursuant to the Court's May 1, 2015 Case Management and Scheduling Order (D.I. 66), as modified on June 12, 2015 (D.I. 92), Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") elects to assert the following prior art references and obviousness combinations in this action.  Apple does so without prejudice to its ability to modify this election of asserted prior art in light of ongoing fact discovery in this action.  In addition, Apple reserves the right to assert alternative references in Amended Invalidity Contentions in accordance with Patent L.R. 3-6. Apple reserves the right to modify this election of asserted prior art in the event that Ericsson provides responses to Apple's Interrogatories 6 and 9 or provides discovery in response to Apple's pending motion to compel.  In the event Ericsson makes arguments and produces evidence in support of conception and reduction to practice dates earlier than the priority dates shown on the face of the patents-in-suit, Apple reserves the right to rely on earlier versions of the references listed below.  Apple further reserves the right to rely on disclosures made in references that are incorporated by reference into the references listed below, as if the incorporating and incorporated references were one.

Apple also reserves the right to rely upon any prior art references disclosed pursuant to Patent L.R. 3-4 and any admissions regarding the prior art and/or state of the art made in the patents-in-suit themselves for purposes of any tutorial or background explanation of the technology at issue, to show the state of the art relating to the inventions claimed in the patents-in-suit, including any motivation to combine prior art, or to rebut any denial by Ericsson that one or more claim elements were known in the art.

## A. U.S. Patent No. 6,445,917

1. IS-95B publication

2. IS-95B publication + "Trends…" publication

3. IS-95B publication + '710 patent

4. IS-95B publication + '674 patent

5. '674 patent

6. '674 patent + '428 patent

Apple Inc.'s Preliminary Election of Asserted Prior Art
Case No. 3:15-cv-00154-JD

7. '674 patent + IS-95A Publication

8. '674 patent + "Trends…" publication

9. '674 patent + '710 patent

10. '943 patent

11. '943 patent + IS-95A Publication

12. '428 patent

13. '428 patent + '063 patent

14. '428 patent + "Trends…" publication

15. Nokia 3GPP submission

16. Nokia 3GPP submission + IS-95A Publication

17. Nokia 3GPP submission + "Trends…" publication

18. IS-95A Publication

19. IS-95A Publication + '428 patent

20. IS-95A Publication + "Trends…" publication

21. IS-95A Publication + '710 patent

22. Qualcomm MSM3000 chipset (MSM3000, IFT3000, and IFR3000) (IS-95B product)

23. Qualcomm MSM3000 chipset (MSM3000, IFT3000, and IFR3000) + "Trends…" publication

24. Qualcomm MSM3000 chipset (MSM3000, IFT3000, and IFR3000) + '674 patent

25. Qualcomm "Thin Phones" (IS-95B phone)

26. Qualcomm "Thin Phones" + "Trends…" publication

27. Qualcomm "Thin Phones" + '674 patent

28. Qualcomm "Q phone" (IS-95A phone)

29. Qualcomm "Q phone" + '428 patent

30. Qualcomm "Q phone" + "Trends…" publication

Apple Inc.'s Preliminary Election of Asserted Prior Art
Case No. 3:15-cv-00154-JD

**B. U.S. Patent No. 6,985,474**

1. Liu 1994

2. Esmailzadeh '280

3. Esmailzadeh '280 + Ozluturk '768

4. Esmailzadeh '280 + Liu 1994

5. Esmailzadeh '280 + Ozluturk '768 + Dahlman 1998

6. Esmailzadeh '280 + Liu 1994 + Dahlman 1998

7. Dahlman 1998 + Liu 1994

8. Dahlman 1998 + Ozluturk '768

9. UMTS ITU Candidate Submission + Liu 1994

10. UMTS ITU Candidate Submission + Ozluturk '768

11. Liu 1994 + Malkamaki '671

12. Ozluturk '768 + Malkamaki '671

13. Liu 1994 + Malkamaki '671 + Dahlman 1998

14. Ozluturk '768 + Malkamaki '671 + Dahlman 1998

**C. U.S. Patent No. 7,660,417**

1. ETS ITS 100 929 + Dierks 1999 + Bodin '139

2. ETS ITS 100 929 + Krawczyk 1996 + Bodin '139

3. ETS ITS 100 929 + Dierks 1999

4. ETS ITS 100 929 + Krawczyk 1996

5. 3G TS 33.102 + Dierks 1999

6. 3G TS 33.102 + Krawczyk 1996

7. 3G TS 33.102 + Bodin '139

8. Vialen '621 + Dierks 1999 + Bodin '139

9. Vialen '621 + Krawczyk 1996 + Bodin '139

10. Vialen '621 + Dierks 1999

Apple Inc.'s Preliminary Election of Asserted Prior Art
Case No. 3:15-cv-00154-JD

11. Vialen '621 + Krawczyk 1996

12. 3GPP TS 33.203 + 3G TS 33.102

13. 3GPP TS 33.203 + 3G TS 33.102 + Krawczyk 1996

14. 3GPP TS 33.203 + Dierks 1999

15. 3GPP TS 33.203 + Krawczyk 1996

16. 3GPP TS 33.203 + Krawczyk 1996 + Dierks 1999

### D. U.S. Patent No. 8,023,990

1. Bucknell

2. Bucknell + Baker Publication

3. RP-080145 + RP-080162

4. RP-080145 + RP-080162 + Bucknell

5. RP-080145 + RP-080162 + Booker

6. The Nov./Dec. 2007 LTE Standard (including, but not limited to, 3GPP TS 36.213 v8.1.0, 3GPP TS 36.212 v8.1.0 and 3GPP TS 36.321 v8.0.0 )

7. The Nov./Dec. 2007 LTE Standard (including, but not limited to, 3GPP TS 36.213 v8.1.0, 3GPP TS 36.212 v8.1.0 and 3GPP TS 36.321 v8.0.0) + Bucknell

8. The Nov./Dec. 2007 LTE Standard (including, but not limited to, 3GPP TS 36.213 v8.1.0, 3GPP TS 36.212 v8.1.0 and 3GPP TS 36.321 v8.0.0) + Booker

9. Applicant's Admitted Prior Art ("AAPA") in '990 specification and provisional application no. 61/037,807

10. Applicant's Admitted Prior Art ("AAPA") in '990 specification and provisional application no. 61/037,807 + Bucknell

### E. U.S. Patent No. 8,036,150

1. UMTS 25.322 (including at least V7.0.0) + R2-070095

2. UMTS 25.322 (including at least V7.0.0) + R2-070095 + R2-070106

3. UMTS 25.322 (including at least V7.0.0) + R2-070095 + R2-070106 + R2-061961

4. R2-073174

5. R2-073174 + R2-074102

6.  R2-073174 + R2-074102 + R2-074267

**F. U.S. Patent No. 8,169,992**

1.  IEEE 802.20 (including, but not limited to, IEEE C802.20-05/69, IEEE C802.20-05/88r1, and IEEE C802.20-06/04)

2.  IEEE 802.20 (including, but not limited to, IEEE C802.20-05/69, IEEE C802.20-05/88r1, and IEEE C802.20-06/04) + 2007/0253465

3.  LTE Release 8 (including, but not limited to, 3GPP TS 36.300 V8.0.0, 3GPP TS 36.211 V0.2.1, 3GPP TS 36.211 V0.2.3, and 3GPP TS 36.211 V1.1.0) + IEEE 802.20 (including, but not limited to, IEEE C802.20-05/69, IEEE C802.20-05/88r1, and IEEE C802.20-06/04)

4.  LTE Release 8 (including, but not limited to, 3GPP TS 36.300 V8.0.0, 3GPP TS 36.211 V0.2.1, 3GPP TS 36.211 V0.2.3, and 3GPP TS 36.211 V1.1.0) + Jeong

5.  LTE Release 8 (including, but not limited to, 3GPP TS 36.300 V8.0.0, 3GPP TS 36.211 V0.2.1, 3GPP TS 36.211 V0.2.3, and 3GPP TS 36.211 V1.1.0) + Jeong + 2007/0253465

**G. U.S. Patent No. 8,214,710**

1.  R2-074583

2.  Kim '032 Publication + Baudry '676 Publication

3.  Kim '032 Publication + 3GPP Release 6

4.  Kim '032 Publication + R2-074583

5.  Kim '032 Publication +  3GPP TS 36.322 V1.0.0

6.  Kim '032 Publication + Lohr '452 Publication

7.  Kim '032 Publication + Larmo '428 Patent

8.  Kim '032 Publication + Petrovic '160 Publication

9.  Kim '032 Publication + Baudry '676 Publication + Larmo '428 Patent

Apple Inc.'s Preliminary Election of Asserted Prior Art
Case No. 3:15-cv-00154-JD

Dated:  August 24, 2015

Respectfully submitted,

WILMER CUTLER PICKERING
    HALE AND DORR LLP


__/s/ Mark D. Selwyn_____
Mark D. Selwyn
*Attorneys for Plaintiff Apple Inc.*