# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: August 28, 2015									Judge: Hon. James Donato

Time: 35 Minutes

Case No.		**C-15-00154-JD**
Case Name		**Apple Inc. v. Telefonaktiebolaget LM Ericsson, Inc. et al**

Attorney(s) for Plaintiff(s):		Mark Selwyn
Attorney(s) for Defendant(s):	Benjamin J. Horwich/Andrew W. Song/Gregory P. Stone

Deputy Clerk: Lisa Clark

## PROCEEDINGS

Telephonic Discovery Hearing - Held

## RESULT OF HEARING

On Apple's request to compel further responses to its Interrogatory No. 8, the Court orders Ericsson to supplement its responses by January 15, 2016, providing for each patent-in-suit the royalty base and the royalty rate Ericsson contends should be applied to that base.

On Apple's request to compel further responses to its Interrogatory No. 7, the Court adopts Ericsson's proposal in its letter, Dkt. No. 119. Specifically, the Court orders that Ericsson may not rely, for any purpose, on the assertion that its own products which Ericsson previously identified under Patent Local Rule 3-1(g) practice the claimed inventions in this case. Ericsson may, however, rebut Apple's assertions if Apple puts those Ericsson products at issue.

On Apple's request to compel further responses to its Interrogatory Nos. 6 and 9, the Court finds Apple's request for a point-by-point rebuttal of its invalidity contentions at this time to be unwarranted and unduly burdensome in light of the fact that Ericsson will be further reducing the number of its asserted claims, and the Court denies Apple's request on that basis.

For the deposition issues raised by Ericsson in the call, the Court orders that Apple must make the two witnesses identified by Ericsson available for deposition no later than the first week of October. The Court generally admonishes the parties that the mere seniority or busyness of a witness is no excuse for delaying the availability of that person for a deposition.

The parties are advised that they may seek at any time the Court's assistance with an ADR referral, as needed.