# EXHIBIT B

# LTE SECURITY

*LTE Security*     Dan Forsberg, Günther Horn, Wolf-Dietrich Moeller and Valtteri Niemi
© 2010 John Wiley & Sons, Ltd. ISBN: 978-0-470-66103-1

www.allitebooks.com

# LTE SECURITY

**Dan Forsberg**
*Security Consultant, ISECure.fi Oy, Finland*

**Günther Horn**
*Senior Security Specialist, Nokia Siemens Networks, Germany*

**Wolf-Dietrich Moeller**
*Senior Security Specialist, Nokia Siemens Networks, Germany*

**Valtteri Niemi**
*Nokia Fellow, Nokia Corporation, Switzerland*



A John Wiley and Sons, Ltd., Publication

www.allitebooks.com

This edition first published 2010
© 2010 John Wiley & Sons Ltd

*Registered office*
John Wiley & Sons Ltd, The Atrium, Southern Gate, Chichester, West Sussex, PO19 8SQ, United Kingdom

For details of our global editorial offices, for customer services and for information about how to apply for permission to reuse the copyright material in this book please see our website at www.wiley.com.

The right of the author to be identified as the author of this work has been asserted in accordance with the Copyright, Designs and Patents Act 1988.

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording or otherwise, except as permitted by the UK Copyright, Designs and Patents Act 1988, without the prior permission of the publisher.

Wiley also publishes its books in a variety of electronic formats. Some content that appears in print may not be available in electronic books.

Designations used by companies to distinguish their products are often claimed as trademarks. All brand names and product names used in this book are trade names, service marks, trademarks or registered trademarks of their respective owners. The publisher is not associated with any product or vendor mentioned in this book. This publication is designed to provide accurate and authoritative information in regard to the subject matter covered. It is sold on the understanding that the publisher is not engaged in rendering professional services. If professional advice or other expert assistance is required, the services of a competent professional should be sought.

*Library of Congress Cataloging-in-Publication Data*

LTE security/Dan Forsberg, Günther Horn. . . [et al.].
   p. cm.
  Includes bibliographical references and index.
  ISBN 978-0-470-66103-1 (hardback)
  1. Long-Term Evolution (Telecommunications)   2. Global system for mobile communications.   I. Forsberg, Dan. II. Horn, Günther.
  TK5103.48325.L74 2010
  621.3845′6–dc22

                                           2010022116

A catalogue record for this book is available from the British Library.

Print ISBN: 9780470661031 (hb)
ePDF ISBN: 9780470973288
oBook ISBN: 9780470973271

Set in 10/12pt Times by Aptara Inc., New Delhi, India

www.allitebooks.com

The main emphasis in this book is on the first three features: authenticity, confidentiality and integrity. The whole point of introducing LTE and EPS is to improve the availability of the cellular access channel. The non-repudiation feature is still of less importance in EPS networks; it is much more relevant for the application layer.

## 2.3 Basic Cryptographic Concepts

Cryptology is sometimes defined as the art and science of secret writing. The possibility to apply cryptology for protecting the confidentiality of communications is obvious. Additionally, it has been found that similar techniques can be successfully applied to provide many other security features, such as for authentication.

Cryptology consists of two parts:

- *cryptography* – designing systems based on secret writing techniques;
- *cryptanalysis* – analysing cryptographic systems and trying to find weaknesses in them.

The twofold nature of cryptology reflects a more general characteristic in security. As explained earlier, it is very difficult to find testing methods that can be applied to reliably assess whether a designed system is secure. The reason for this is that the true test for a system begins when it is deployed in real life. Then attackers may appear who use whatever ways they can find to break the system. What makes the situation even more difficult is that these real-life attackers typically try to hide their actions and methods as far as possible. Cryptanalysis (and security analysis more widely) tries to anticipate what attackers might do and is constantly searching for novel ways of attacking systems. In this manner, cryptanalysis (and security analysis) contributes indirectly to achieving a better security level.

The role of cryptanalysis in modelling attackers is a complex issue. It is perfectly fine to find weaknesses in systems that are still under design and not deployed in practice. This is because then it is still easy and relatively cheap to take corrective action. However, when the system is already in wide use the role of cryptanalysis may become controversial. A clever attack found by a researcher may be reproduced by a real-life attacker who would not have invented it by himself. In this case, the attack found by the researcher seems to cause a decrease in the level of security rather than an increase.

One obvious solution to this dilemma is to keep the cryptanalytic result confidential until corrective action has been done to remove any real-life vulnerabilities. After these vulnerabilities have been removed, publishing the results helps to avoid similar vulnerabilities in future implementations. Note that there are similar debates on how to handle vulnerabilities discovered in, for example, operating systems and browsers. There seems to be no general agreement on the appropriate handling of vulnerabilities in the security community.

Another solution to the problem is to be secretive even in the design phase. If real-life attackers do not know what kind of cryptographic algorithms are in use in the real-life systems it is difficult for them to apply any cryptanalytic results in their attacks. In fact, this approach was widely used until the 1970s. Before that time, academic published results in cryptology were scarce, and their potential relation to real-life systems was not known in public. The big disadvantage of the secretive approach, sometimes called 'security by obscurity', is that feedback from practical experience to academic research is completely missing, which slows down progress on the academic side.

As long as cryptography is used in closed and tightly controlled environments, such as for military communications or protecting databases of financial institutions, there is no need to open up the used systems to academic cryptanalysis. But the situation changes when cryptographic applications are used in commercial systems involving consumers. First, there could be potential attackers among the users of the system and, therefore, the design of the system could leak out to the public through various reverse-engineering efforts. Second, it is harder to build trust in the system among bona fide users if no information is given about how the system has been secured. This trend towards usage of cryptology in more open environments is one reason for the boom in public cryptologic research since the 1970s.

Another, perhaps bigger, reason was the introduction of novel, mathematically intriguing cryptologic concepts, most notably the public key cryptography [Diffie and Hellman 1976].

### 2.3.1 Cryptographic Functions

Let us next present formal definitions of some central cryptographic notions.

- *Plaintext space P* is a subset of the set of all bit strings (denoted by $\{0,1\}^*$); we assume here, for simplicity, that everything is coded in binary.
- *Cryptotext* (or *Ciphertext*) *space C* is also a subset of $\{0,1\}^*$.
- *Key space K* is also a subset of $\{0,1\}^*$. Often $K = \{0,1\}^k$ where $k$ is a fixed security parameter.
- *Encryption* function is $E: P \times K \rightarrow C$.
- *Decryption* function is $D : C \times K \rightarrow P$.
- *Cryptosystem* consists of all of the above, i.e $(P;C;K;E;D)$.
- *Symmetric* encryption is defined by $D(E(p, k), k) = p$.
- *Asymmetric* encryption is defined by $D(E(p, k_1), k_2) = $ p, where keys $k_1$ and $k_2$ are not identical, and moreover $k_2$ cannot be derived easily from $k_1$.

Modern cryptography is based on mathematical functions that are non-trivial from the point of view of computational complexity. This means that either the function as such is complex to compute or the function can only be computed once a certain piece of information – a key – is available. Randomness is another fundamental notion in modern cryptography. A pseudorandom generator is an algorithm that takes a truly random bit string as an input (called a 'seed') and expands it into a (much) longer bit string that is infeasible to be distinguished from a truly random bit string of the same length.

One important function type is a one-way function. Roughly speaking, a function has the one-way property if

- it is easy to compute $f(x)$, if $x$ is given; but
- for a given $y$, it is infeasible to find any $x$ with $f(x) = y$.

A more accurate definition could be given using terminology from complexity theory [Menezes et al. 1996], but we do not need it for the purposes of this book.

Another important function type is a trapdoor function. It is similar to the one-way function with one important difference: if a certain piece of information (a secret key) is known then

Table 2.1  Basic cryptographic function types – I

|  | FUNCTION: | |
|---|---|---|
|  | Easy (with public key) | Easy with secret key |
| **INVERSE:** | | |
| Easy (with public key) | Non-cryptographic function | Digital signature |
| Easy with secret key | Asymmetric encryption | Symmetric encryption |
| Infeasible | One-way function | Message authentication code |

it becomes easy to find $x$ with $f(x) = y$, given $y$. Trapdoor functions are used in public key cryptography, for example for digital signatures.

One of the simplest examples of a function used in practice as a one-way function is the multiplication of natural numbers. Given two integers $n$ and $m$ it is easy to compute their product $nm$ but no efficient algorithm is known to compute the inverse operation, determining factors of an integer when the integer becomes large enough. This is the case, in particular, if the integer to be factored is a product of two large prime numbers.

The basic cryptographic function types are listed in Table 2.1. This categorization of the function types should be seen as illustrative; the exact definitions of these function types can be found elsewhere [Menezes *et al.* 1996].

We use the following notations in Table 2.1:

- Easy (with public key): easy to compute (but possibly requiring knowledge of a public key);
- Infeasible: infeasible to compute;
- Easy with secret key: feasible to compute if and only if the secret key is known;
- FUNCTION: given $x$, find $f(x)$;
- INVERSE: given $y$, find $x$ such that $f(x) = y$.

In Table 2.2 we focus on the bottom right corner of Table 2.1, on keyless or symmetric key algorithms. We have also added one more dimension which is often useful in practice: whether the length (in bits) of $x$ (and respectively of $f(x)$) is *fixed* or *variable*. Again, the table as such

Table 2.2  Basic cryptographic function types – II

|  | FUNCTION/INVERSE: | | |
|---|---|---|---|
|  | Easy/infeasible | Easy with secret key/infeasible | Easy with secret key/easy with secret key |
| **LENGTH OF INPUT/OUTPUT:** | | | |
| Variable/fixed | One-way hash function | Message authentication code | (esoteric case) |
| Fixed/variable | Pseudorandom generator | Key stream generator for stream cipher | (esoteric case) |
| Fixed/fixed (and the same) | One-way permutation | Keyed one-way permutation | Block cipher |

does not give exact definitions of these cryptographic terms, and exact definitions are given elsewhere [Menezes *et al.* 1996].

Some cases in the table are marked as esoteric: they are not used as widely as the others. One-way permutation is a one-way function that is also a one-to-one (i.e. bijective) mapping.

### 2.3.2 Securing Systems with Cryptographic Methods

Using good cryptographic functions does not alone guarantee that a communication system is secure. In addition to the issues with policies and configuration, the structure of the system has to be carefully designed.

One basic principle of using cryptographic functions for securing a system is that the system must remain secure even if the functions and the structure are made publicly available; that is, providing 'security by obscurity' is not deemed acceptable (see section 2.2). Only the randomly generated keys are assumed to be kept secret.

One issue in using cryptography is the management of secret keys. Most cryptographic protection methods rely on the concept of a key and these keys themselves have to be protected; whoever has access to the keys can also remove the protection. This leads to a 'chicken-and-egg' situation: in order to be able to communicate securely we first have to communicate securely certain pieces of information, the keys. Fortunately, it is easier to plan the distribution and exchange of the keys than the communication of arbitrary information that is unpredictable as regards volume, timing and so on. Still, the number of entities that need access to keys is typically of the same order of magnitude as the number of entities in the whole system.

In the following subsections we take a brief look at the various cryptographic primitives that can be used as building blocks for the basic security features listed in section 2.2.3. Let us begin by listing the most popular cryptographic primitives for each communication security feature:

- authentication: challenge–response protocols;
- confidentiality: encryption; (also called ciphering);
- integrity: message authentication codes;
- non-repudiation: digital signatures;
- availability: client puzzles – this method is not, however, in wide use yet and we do not explore it any further in this book.

### 2.3.3 Symmetric Encryption Methods

Symmetric encryption methods are divided into two main classes: *block* ciphers and *stream* ciphers. In a block cipher, a fixed-length plaintext block is transformed into a cryptotext block of the same length using a key (usually also of fixed length). Thus, for any fixed key the block cipher is a bijection:

$$c = E(p, k); p = D(c, k) = D(E(p, k), k).$$

The dominant block cipher in the past was Data Encryption Standard (DES); its block length is 64 bits and the key length is 56 bits. A newer general-purpose cipher, Advanced Encryption Standard (AES), has a block length of 128 bits and a (minimum) key length of 128 bits.

Usually a block cipher becomes stronger if it is iterated several times. In the design of block ciphers, iteration is used also inside the block cipher. These iterations are called 'rounds'. There is a trade-off here, since adding more rounds increases both security and processing time.

There are a few other classical design principles. For example, each plaintext bit and each key bit should affect each ciphertext bit (diffusion); and the relation between plaintext bits and ciphertext bits should be as complex as possible (confusion).

As block ciphers operate with fixed size words, we encounter a practical problem: how to encrypt messages longer than one block? A straightforward solution is called Electronic Code Book (ECB) mode: a message is divided into blocks and each block is encrypted independently. This mode has a major weakness: identical plaintext blocks result in identical ciphertext blocks!

There exist several different modes that avoid this weakness by introducing additional changing input, such as by using earlier created ciphertext or a counter. Special modes can also be created for using a block cipher for purposes other than encryption, for example as a one-way function or a pseudorandom generator.

Next we discuss stream ciphers. The idea of a stream cipher is based on a simple but yet absolutely secure cipher called the one-time pad. Assume the key $k$ is as long as the plaintext $p$. Then we define $c = p$ xor $k$.

The one-time pad cannot be broken. Indeed, any ciphertext may be decrypted to any plaintext (with some valid key). On the other hand, the one-time pad has one major weakness: secure transport or storage of the key becomes as demanding a task as secure transport or storage of the plaintext itself. But still it is advantageous that the transport or storage of the key can be done in convenient time prior to the need of using the key.

In a stream cipher, the long random key of the one-time pad is replaced by a pseudorandom sequence. In other words, we start with a fixed size key (a seed) and generate a mask bit stream $m$ (sometimes called a key stream) that is as long as the plaintext. Then $c = p$ xor $m$.

Usually there is an additional input (e.g. a counter value) which is used together with the key as a seed. Then the same key can be used for encrypting several messages independently of each other. This holds assuming that the additional input changes for every instance, as when the counter value is increased for every new message. One main advantage of a stream cipher is the fact that the mask bit stream can be generated in advance, even before the plaintext is known. This helps in avoiding delays in the communication.

Another advantage is that the number of erroneous bits in the ciphered message introduced by a noisy channel equals the number of erroneous bits in the recovered plaintext; whereas, for a block cipher, one bit error in a ciphered block typically renders the entire block of recovered plaintext unintelligible. This is a reason why stream ciphers are often used for channels with relatively high bit error rates, such as radio channels.

### 2.3.4   Hash Functions

Now we take a closer look at a type of cryptographic function that does not require any key, namely a hash function. A one-way hash function $h$ has the properties:

- *compression*: $h(x)$ has a fixed length (e.g. 160 bits) while $x$ may be of any length;
- $h(x)$ is easy to compute.

For some purposes it is important that the hash function fulfils further conditions:

- *2nd-preimage resistance*: for a given $x$, it is infeasible to find any other $x_0$ different from $x$ such that $h(x) = h(x_0)$;
- *collision resistance*: it is infeasible to find any two distinct $x$ and $x_0$ such that $h(x) = h(x_0)$.

It is possible to build a specific mode that converts a block cipher into a hash function, but usually tailor-made hash functions require less computation than block ciphers, and they can be implemented more efficiently. Two hash functions of this type are MD5 (128-bit hash) and SHA-1 (160-bit hash), but many collisions have been found for the former and there is evidence that collisions can be generated for the latter as well. At the time of writing, the most popular hash function is SHA-256 (256-bit hash) but there is also an ongoing competition, run by the National Institute of Standards and Technology (NIST), for finding a new standard hash function, called SHA-3 [NIST].

Hash functions are used in many ways in applications. One important use case is as a message digest: a variable length message can have a unique fixed length representation. Of course, the representation cannot be truly unique, but collision resistance implies that it is infeasible to find two messages (of any length) with the same message digest.

It is also possible to design the computation of a hash function around a secret key. Then we speak of message authentication codes (MACs). These keyed hash functions have typically a somewhat shorter output than (keyless) hash functions. The reason for this is the following generic attack against keyless hash functions. Anybody can compute a large table of inputs and corresponding hash output values (also called message digests). If the length of the output is $n$ then it follows from the birthday paradox [Menezes *et al.* 1996] that approximately $2^{n/2}$ hash outputs need to be computed before a collision is found.

A similar approach does not work for keyed hash functions as the key is known only to authorised parties and the table of hash values is different for each possible secret key.

There are three different strategies in the design of a message authentication code: either direct design, or use of a block cipher or keyless hash functions as building blocks. The HMAC construction is an example of the third strategy. If $k$ is the key and $x$ is the input, then the MAC value is obtained by double hashing:

$$\text{HMAC}(x, k) = h((k \text{ xor } opad) | h((k \text{ xor } ipad) | x)),$$

where vertical bars are used to denote concatenation, and *opad* and *ipad* are just constant values used for padding purposes. The result is often truncated to create a shorter MAC value (e.g. by extracting the first 96 bits from a total of 160 bits).

The basic use case of message authentication codes in information security is to ensure the integrity of a message: we append a MAC to each message transferred over an insecure channel. If the receiving party knows the secret key then it can compute the MAC as well in order to check that the message sent and the message received are indeed identical. Note that the requirement of collision resistance is not crucial for the use of a keyed hash function as a MAC.

### 2.3.5   Public-key Cryptography and PKI

We now look at the basic notions of public key (asymmetric) cryptography; a deeper treatment of the subject can be found elsewhere [Menezes *et al.* 1996]. The idea of public key encryption

www.allitebooks.com

is simple: we use different keys for encryption and decryption and it is infeasible to derive the decryption key from the encryption key.

If such encryption and decryption functions are available, then the encryption key can be made public, so it is possible for one party to communicate with many other parties (who do not need to mutually trust each other) using the same key. It is important to note that it is not sufficient that the encryption key be made publicly available; in addition, authenticity of the public key has to be guaranteed.

The setting is reversed for a digital signature. It is infeasible to derive the signing key (used to compute the signature function key) from the verifying key (used to compute the inverse of the signature function). The verifying key can be public, so many people can independently verify the same signature. Usually it is actually the message digest that gets digitally signed. As long as the used hash function is collision resistant, signing the message digest is equivalent to signing the message itself.

Some main benefits of public-key cryptography are:

- easier key management for very large systems, especially those with many-to-many relationships;
- the possibility to use digital signatures, and as a consequence, the possibility for non-repudiation;
- the possibility for any entity to authenticate another entity without online connection to any central trusted third party (but typically an off-line connection to a trusted third party is needed to enable entities to verify the public keys of other entities).

The dominant technique for guaranteeing authenticity of the public key is to use a public key infrastructure (PKI). The central concept of a PKI is a *certificate*: user identity and public key are signed by the Certification Authority (CA). It is assumed that it can be verified by other means that the public key of the CA itself is authentic; for example it could be installed in a computing device at the time of manufacture, or it could be downloaded in a physically secured trusted environment.

The Registration Authority (RA) verifies the user identity, often physically, and delivers the certificate to the correct user. Sometimes a user's private key gets compromised (e.g. stolen), and then the certificate must be revoked. This is often done by including revoked certificates into a certificate revocation list (CRL) that is signed by the CA.

In principle, anybody with a certificate is able to create more certificates by signing identities and public keys of others. Typically CAs are arranged in a hierarchical fashion, and each layer in the hierarchy has a certificate signed by the immediate upper-layer CA except for the root CA on the top of the hierarchy, which either has only a self-signed certificate or does not have any certificate at all. Verifying a certificate of a leaf entity involves verifying all certificates of the nodes between the leaf node and the root node. We speak then of 'certificate chains'.

### 2.3.6  Cryptanalysis

Here we present the basic concepts of cryptanalysis. A classification of attackers can be done, for instance, as follows.

- *A passive attacker* only monitors the communication and tries to break confidentiality.
- *An active attacker* also adds, deletes and modifies messages. He tries to break also other security features in addition to confidentiality.

The following attack models (against encryption) can be identified.

- *Ciphertext only* – the attacker sees only ciphertext and tries to find the key or at least the corresponding plaintext.
- *Known plaintext* – the attacker knows also the plaintext and tries to find the decryption key.
- *Chosen plaintext* – the attacker can choose the plaintext and gets also the corresponding ciphertext (and again tries to find the decryption key).
- *Adaptive chosen plaintext* – the plaintexts to be chosen may depend on previously observed ciphertexts.
- *Chosen ciphertext* – the attacker chooses the ciphertext and gets the plaintext.
- *Adaptive chosen ciphertext* – the ciphertexts to be chosen may depend on previously observed plaintexts.

Only the first two models are available for a passive attacker. Various chosen plaintext and ciphertext scenarios can also be practical attack models. An example is the case where the user has full access to a tamper-resistant cryptographic module and tries to discover the key inside the module.

A similar classification of attack models applies for attacks against authentication and integrity protection. The simplest attack type that applies even in the ciphertext only model is exhaustive search of all keys. If we have a reasonable amount of ciphertext available, there is typically only one key that decrypts the ciphertext into a meaningful plaintext.

The differential cryptanalysis method is an example of a modern method in the chosen plaintext scenario. It is carried out by choosing a big number of pairs of plaintexts with a pre-determined difference. Analysis is done by studying the corresponding differences in the ciphertexts. Another method, requiring only the known plaintext scenario, that has been applied successfully for many block ciphers and stream ciphers is the linear cryptanalysis method. It is based on analysis of the correlation between plaintext and ciphertext bits.

Recently another attack model has gained a lot of popularity:

- *Related key attack* – the attacker is able to ask that the key be changed and in such a way that the relation between the old key and the new key is pre-determined and chosen by the attacker.

This attack scenario is very optimistic from the attacker's point of view, because only under special circumstances is there a real chance for the attacker to try to change keys somehow. The related key scenario is often viewed as a theoretical tool that can be used in the analysis of ciphers and their structures.

The following attack model takes a wider approach and it is often relevant in practical settings:

- *Side channel attack* – the attacker is able to utilize information about the physical implementation of the cryptosystem.

For instance, the attacker could measure time and power consumption related to execution of the cryptographic algorithm and deduce useful information about the key, possibly by using statistical methods. The attacker may also be able to induce controlled faults in the execution of the algorithm, such as by heat treatment or electric shocks.