# EXHIBIT A

**Branimir Vojcic**
**CURRICULUM VITAE**

President
Xplore Wireless LLC
9610 Savannah Crossing Ct
Vienna, VA 22182

Co-founder and one of the principals of Digital PowerRadio, LLC and Fowler Radio Group, LLC.

## Education

**Doctor of Science Degree in Electrical Engineering (1989)**
Thesis: "Performance of a class of digital transmission schemes in a fading dispersive channel with jamming", Faculty of Electrical Engineering, University of Belgrade, Yugoslavia.

**Graduate Studies in Communications (1986/1987)**
One year program, The George Washington University, Washington, DC.

**Master of Science Degree in Electrical Engineering (1986)**
Thesis: "Some possibilities of the ionospheric index of solar activity $R_{12}$ prediction from the point of view of long term ionospheric radio wave propagation conditions prediction", Faculty of Electrical Engineering, University of Belgrade, Yugoslavia.

**Dipl. Eng Degree in Electrical Engineering (1980)**
Five year program, Faculty of Electrical Engineering, University of Belgrade, Yugoslavia.

## Experience

**Academic Experience:**

**George Washington University (from 2000 to 2015),** Professor in the Department of Electrical and Computer Engineering (now an Emeritus professor)

**George Washington University (from 2001 to 2004),** Chairman, Department of Electrical and Computer Engineering.

**George Washington University (from 1997 to 2000),** Associate Professor in the Department of Electrical Engineering and Computer Science.

**George Washington University (from 1991 to 1997),** Asssistant Professor in the Department of Electrical Engineering and Computer Science.

**University of Belgrade (from 1988 to 1991),** Research Associate (part time)

**Industry and Government Experience:**

**Ministry of Defense, Yugoslavia (from 1981 to 1991,** including leave of absence for studying**),** Research engineer

**Technology Consulting:**
CTA Incorporated (Orbital Sciences Corp.)
Delphi Communications
TerreStar Networks, Inc.
Federal Communication Commission
Hughes Network Systems
iBiquity Digital
Infonet Inc
LCC International

Lucent Technologies
Lockheed Martin
Motorola,
Novel
Orbcom
RKF Engineering
Sirius Satellite
Telecommunications Associates
Critical Alert

1

TV Answer
XtremeSpectrum (Freescale Semiconductor)

**Business and Legal Consulting:**
Finnegan, Henderson, Farabow, Garrett &Dunner LLP
Hogan & Hartson LLP,
KSI Inc, Foley & Lardner and Antton & Associates
Bechtel Telecom
Wilson Sonsini Goodrich and Rosati

Wilmer Hale
King & Spalding
Ropes & Gray
Kirkland & Ellis
Latham & Watkins
Dovel & Lunner
Munger, Tolles & Olson
Mayer Brown
Dechert

**Expert Witness Experience:**
- Expert for Finnegan (Interdigital) in ITC case Interdigital vs Samsung, 2008 (testified in trial)
- Expert for Finnegan (Interdigital) in ITC case Interdigital vs Nokia, 2009 (testified in trial)
- Expert for Finnegan (WiAV) in WiAV versus Nokia, Motorola and Sony-Ericsson (testified in deposition)
- Expert for McCarter&English (GoldenBridge Technology Inc) in GoldenBridge Technology Inc versus Apple 2013 (testified in deposition)
- Expert for Finnegan (SPH) in SPH vs Nokia, Motorola, Sony-Ericsson et. al., 2012 (testified in deposition)
- Expert for Finnegan (Creative Kingdom) in Creative Kingdom vs Nintendo, 2012 (testified in trial)
- Expert for Finnegan (Linex) in Linex vs Apple, HP, Aruba Networks, Meru Networks, Ruckus Wireless, 2012 (testified in deposition)
- Expert for Finnegan (HTC) in HTC vs Apple, 2012 (testified in trial)
- Expert for Finnegan (Realtek) in LSI vs Realtek 2013 (testified in trial)
- Expert for McCool, Smith & Hennigan (GoldenBridge Technology Inc) in GBT vs Apple in 2014 (testified in trial)
- Expert for Wilson Sonsini (Interdigital) in ITC 337-TA-868 Investigations, in Interdigital vs Samsung, Huawei, Nokia and ZTE, 2014 (testified in deposition)
- Expert for Reed & Scardino (Mobile Telecommunications Technologies LLC) in Civil Action No. 2:12-cv-308-JRG, Eastern District of Texas, in Mobile Telecommunications Technologies LLC vs Clearwire Corporation, 2014 (testified in deposition)
- Expert for Reed & Scardino (Mobile Telecommunications Technologies LLC) in Civil Action in Eastern District of Texas, Mobile Telecommunications Technologies LLC vs SprintNextel Corp, Samsung Telecommunications America, LLC and Apple, Inc, Case No. 2:13-cv-258-JRG-RSP, 2014.
- Expert Witness for Wilson Sonsini, in Arbitration between Interdigital Communications and Huawei, International Court of Arbitration, International Chamber of Commerce, 2015. (testified in arbitration/trial)
- Expert Witness for Reed & Scardino (Mobile Telecommunications Technologies LLC) in Civil Action in Eastern District of Texas, Mobile Telecommunications Technologies LLC vs T-Mobile USA, Inc., Case No. 2:13-cv-886-JRG-RSP , 2015.
- Expert Witness for Russ, August & Kabat (for SPH America) in SPH America versus AT&T Mobility, Balckberry and Huawei technologies, Southern District of California, Case No. 3:13-cv-2318-CAB-KSC (testified in deposition).
- Expert for Reed & Scardino (for Mobile Telecommunications Technologies LLC) in Civil

Action in Eastern District of Texas, Mobile Telecommunications Technologies LLC vs Leap Wireless International, Inc. and Cricket Communications, Inc., CIVIL ACTION NO. 2:13-CV-885-JRG-RGP (testified in deposition)

## Teaching and/or Course Director at GWU

ECE12 Signals and Systems
ECE143 Communications Engineering I
ECE144 Communications Engineering II
ECE148 Simulation of Communications Systems
ECE203 Stochastic Processes in Engineering
ECE219 Computational Methods in Electr.Eng.
ECE241 Information Theory
ECE243 Communication Theory I
ECE244 Communication Theory II

ECE246 Digital Communications
ECE247 Communications Systems
ECE248 Computer Networks I
ECE249 Computer Networks II
ECE253 Mobile Communications
ECE257 Multiuser Communications
ECE259 Wireless Networks
ECE348 The Internet: Design and Implem.

## Grants Received

**Research**
1. *Wireless Information Network for Airport Surface Traffic Automation Using GPS* (11/1/92-12/31/92), PI, Martin Marietta
2. *Wireless Information Network for Airport Surface Traffic Automation Using GPS - Network Topology and Frequency Band Considerations* (2/1/93-12/31/93), PI, Martin Marietta
3. *Spectral Shaping for Improved Capacity in Multiple Access Communications* (12/1/93-11/30/94), PI, University Facilitating Fund
4. *Research in Simulation of Communications Systems* (5/1/94-12/31/94), PI, Elanix
5. *Research in Multiuser Detection and Innovative Approaches in Teaching* (7/1/95-6/30/98), PI, NSF Faculty Early CAREER Development Award
6. *Integration of DBS into Digital Battlefield using Commercial LEO Systems* (10/1/95-9/30/98), PI for GWU, with Orbital Sciences Corp. (lead organization) and ALOHA Networks Inc. ARPA (GLOMO Program)
7. Research Experience for Undergraduates, Supplemental Grant from NSF (7/1/96-6/30/98)
8. *Multiuser Detection for IS-95 Air Interface* (1/1/97-12/31/97), NORTEL
9. *Multiuser Detection for Next Generation CDMA* (6/1/98-12/31/98), NORTEL
10. *Multiuser Detection for Next Generation CDMA* (6/1/99-12/31/99), NORTEL NETWORKS
11. *A Novel Packet Radio Network Architecture* (1/1/00-12/31/03), National Science Foundation
12. *Digital Signal Characterization,* (5/1/2000-4/30/2001), National Security Agency
13. *Multiuser Detection for 3G,* (6/1/2000-5/31/2001), NORTEL NETWORKS
14. *Ad-Hoc Networks,* (6/1/2000-5/31/2001), NORTEL NETWORKS
15. *Bitpipe, (2/1/02-3/31/04),* National Security Agency
16. *Routing in Ad-Hoc Networks Using CSI Information (8/13/2002-2/12/2003),* Innovative Concepts Inc
17. *Ad-Hoc Networks,* (6/1/2002-8/31/2004), NORTEL NETWORKS
18. Modeling and Simulation of Spectral and Spatial Efficiency …, (12/15/2004-06/15/2005), US Army (with RKF Engineering)

**Software grants/gifts**
1. SPW and BONeS (CADENCE)
2. OPNET (MIL-3)
3. SystemView (ELANIX, Inc.)

## Professional Activities

3

- Senior Member of IEEE.
- Past Vice Chairman, Communications Society of the Washington and Northern Virginia Chapter of IEEE.
- Past Associate Editor of the IEEE Communications Letters
- Guest Editor, Journal on Communications and Networks, Special Issue on UWB Communications
- Chair, Technical Program, IEEE Communication Theory Workshop 1996, San Destin, FL.
- Chair, Technical Program, IRSS'97, Washington, DC.
- Chair, Technical program, MMT'98, Washington, DC.
- Member, Communication Theory Committee of the IEEE Communication Society.
- Member, Technical and Organizing Committee
    - International Symposium on Spread Spectrum Systems and Techniques 1988, Belgrade, Yugoslavia.
    - IEEE Communication Theory Workshop 1993, Marathon, FL.
    - 1st International Workshop on Mobility Management, GMU, Fairfax, VA, 1994.
    - Globecom 2007
- Member, Program Committee, Workshop on Mobility Management, Paris, 1996.
- Member, Program Committee, Workshop on Mobility Management, Melburne, 1997.
- Member, Program Committee of CTMC 1999
- Technical Program Committee for MMT'02, Rennes, France, June 2002
- Member, Technical Scientific Program Committee of the 4th IEEE Conference on Mobile and Wireless Communications Networks, Stockholm, Sep. 2002.
- Technical representative of the IEEE Communication Society to MILCOM'96, Reston, VA.
- Session Chair:
    - International Symposium on Spread Spectrum Systems and Techniques, 1988.
    - IEEE Communication Theory Workshop, 1993.
    - MILCOM'96
    - Computer Communications Workshop, 1996
    - ISIT'98
    - IEEE Communication Theory Workshop, 2000.
- Technical reviewer:
    - IEEE Transactions on Communications
    - IEEE Journal on Selected Areas in Communications
    - IEEE Transactions on Circuits and Systems
    - IEEE Transactions on Vehicular Technology
    - European Transactions on Telecommunications and Related Technologies
    - Wireless Personal Communications (An International Journal)
    - National Science Foundation
- Member of the Communications, Vehicular Technology and Signal Processing Societies and Information Theory Group of the IEEE.
- Member of the US Section of URSI.

**Awards**

1. Best Paper Award at ACM MSWiM'99: F. Alagooz, A. AlRustamani, D. Walters, B. Vojcic and R. Pickholtz, "On the effects of adaptive forward error correction mechanism in direct broadcast satellite networks", MSWiM'99, August 1999, Seattle, WA.
2. National Science Foundation Young Faculty Early CAREER Development Award in 1995.
3. Radio TV Belgrade (Yugoslavia) Annual Award for the Best Paper in 1990 for the paper: B.R. Vojcic and R.L. Pickholtz, "Performance of coded direct sequence spread spectrum in a fading dispersive channel with pulsed jamming", <u>IEEE J. on Sel. Areas in Commun</u>., vol. 8, NO. 5, pp. 934-942, 1990.

**4**

## Patents

1. "Multiuser Detection for Direct Sequence Code Division Multiple Access (DS/CDMA) Channels", WO 02/33838, 4/25/2002
2. "Method and Apparatus for Forward Error Correction Coding for and AM In-Band-On-Channel Digital Audio Broadcasting System". WO 01/35555, 5/17/2001
3. "Systems and Methods for Encoding and Decoding Check-Iregular Non-Systematic IRA Codes", US 8,595,590 B1, 11/26/2013, also WO2014089100 A2, US20140157092 A1.
4. "Joint Source-Channel Decoding with Source Sequence Augmentation", US 20140153654 A1, Jun 5, 2014., also WO2014089106 A2.
5. "Systems and Methods for Advanced Iterative Decoding and Channel Estimation of Concatenated Coding Systems",  US 20140153625 A1, Jun 5, 2014, also US20140153628 A1, WO2014089087 A1.
6. "Advanced Decoding of High/Medium/Low Density Parity Check Codes", PCT/US13/72883.

## Publications

**Books:**
1. K. Leung and **B.R. Vojcic** (editors), *Multiaccess, Mobility and Teletraffic in Wireless Communications*, Volume III, Kluwer Academic Publishers, Norwell, MA, 1998.
2. V. Vanghi, A. Damnjanovic and **B. Vojcic**, *The cdma2000 System for Mobile Communications*, Prentice Hall, 2004.

**Book Contributions:**
1. R.L. Pickholtz and **B.R. Vojcic**, "Issues in microcellular communications - CDMA versus TDMA", in *Worldwide Advances in Communications Networks*, edited by B. Jabbari, Plenum Press, New York, 1994.
2. R.L. Pickholtz and **B.R. Vojcic**, "CDMA for mobile LEO satellite communications", in *Code Division Multiple Access Communications*, edited by S.G. Glisic and P.A. Leppanen, Kluwer Academic Publishers, Norwell, MA, 1995.
3. F. Alagooz, A. AlRustamani, **B. Vojcic**, R. Pickholtz and D. Walters, "Adaptive resource allocation and rate control for heterogeneous traffic on DBS links", in Multiaccess, Mobility and Teletraffic for Wireless Communications, Vol. III, Kluwer Academic Publishers, 1998.
4. **B. Vojcic** and R. Pickholtz, "Code division multiple access" in Encyclopedia of Telecommunications, John Wiley & Sons, Inc., 2002.
5. Amina AlRustamani, **Branimir Vojcic** and Andrej Stefanov, "Greedy Detection," Signal Processing for Wireless Communication Systems, Kluwer Academic Publishers, Edited by: H. Vincent Poor and Lang Tong, 2002
6. D.A. Summy, **B. Vojcic** and J. Xu, "An Overview of Routing Protocols for Mobile Ad-Hoc Networks", Ultra Wideband Wireless Communications, John Wiley & Sons, July 2006.

**Archival Journal Papers:**
1. **B.R. Vojcic** and R.L. Pickholtz, "Performance of direct sequence spread spectrum in a fading dispersive channel with jamming", IEEE J. on Sel. Areas in Commun., vol. 7, No. 4, pp. 561-568, 1989.
2. **B.R. Vojcic** and R.L. Pickholtz, "Performance of coded direct sequence spread spectrum in a fading dispersive channel with pulsed jamming", IEEE J. on Sel. Areas in Commun., vol. 8, No. 5, pp. 934-942, 1990.
3. **B.R. Vojcic**, R.L. Pickholtz and L.B. Milstein, "Performance of DS-CDMA with imperfect power control operating over a low earth orbiting satellite link", IEEE Journal on Sel. Areas in Communications, vol. 12, pp. 560-567, May 1994.
4. **B.R. Vojcic**, R.L. Pickholtz and L.B. Milstein, "Total capacity in a shared CDMA LEOS environment", IEEE Journal in Sel. Areas in Communicationsin, vol.13, pp. 232-244, Feb. 1995.
5. **B.R. Vojcic**, R.L. Pickholtz and L.B. Milstein, "DS-CDMA outage performance over a mobile satellite channel", European Transactions on Telecommunications and Related Technologies, vol.6, No. 1, pp. 63-70, Jan.-Feb. 1995.

6. **B.R. Vojcic**, L.B. Milstein and R.L. Pickholtz, "Downlink DS CDMA performance over a mobile satellite channel", <u>IEEE Trans. on Veh. Technology</u>, vol. 45, No. 3, pp. 551-560, Aug. 1996.
7. V. Vanghi and **B. Vojcic**, "Multiuser detection with soft interference cancellation", <u>Wireless Personal Communications (An International Journal),</u> Special Issue on Signal Separation and Interference Cancellation for Personal, Indoor and Mobile Radio Communications , **3**: pp. 111-128, 1996.
8. W.M. Jang, **B.R. Vojcic** and R.L. Pickholtz, "Joint transmitter/receiver optimization in synchronous multiuser communications over multipath channels", IEEE Trans. on Commun, vol. 46, No. 2, pp. 269-278, Feb. 1998.
9. C. Hegarty and **B. Vojcic**, "Noncoherent two-stage multiuser detection of M-ary orthogonal signals", Wireless Networks Journal, August 1998.
10. **B.R. Vojcic** and W.M. Jang, "Transmitter precoding in synchronous multiuser communications", IEEE Transactions on Commun. vol. 46, no. 10, pp. 1346-1355, Oct. 1998.
11. R. Ziemer, **B. Vojcic**, L. Milstein and J. Proakis, "Effects of carrier tracking in RAKE reception of wide-band DSSS in Rician fading", IEEE Trans. On Microwave Theory and Techniques, Vol. 47, No. 6, pp. 681-686, June 1999.
12. Y. Shama, **B.R. Vojcic** and B. Vucetic, "Suboptimum soft output detection algorithms for coded multiuser", IEEE Trans. on Communications , Vol. 48, Oct. 2000.
13. F. Alagooz, D. Walters, A. AlRustamani, **B. Vojcic** and R. Pickholtz, "Adaptive rate control and QoS provisioning in direct broadcast satellite networks", *Wireless Networks,* Vol. 7, No. 3, pp. 269-281, May 2001.
14. A. Damnjanovic, **B. Vojcic**, "Iterative Mulituser Detection/Decoding for Turbo-Coded CDMA," IEEE Communications Letters, Vol. 5, No. 3, February 2000.
15. A. AlRustamani, A.D. Damnjanovic and **B.R. Vojcic**, "Turbo Greedy Mulituser Detection " IEEE Transactions on Communications, Vol. 19, No. 8, Aug. 2001.
16. A.N. Zadeh, B. Jabbari, R. Pickholtz and **B. Vojcic**, "Self-Organizing Packet Radio Ad Hoc Networks with Overlay (SOPRANO),IEEE Communications Magazine, Vol. 40, Issue 6, June 2002, pp. 149-157.
17. A. AlRustamani and **B. Vojcic**, "A new approach to greedy multiuser detection", IEEE Transactions on Communications, Vol. 50, No. 8, pp. 1326-1336, Aug. 2002.
18. F. Alagoz, **B.Vojcic**, R. Pickholtz and A Alrustamani, "On the Effects of Traffic Mixture in Direct Broadcast Satellites Networks" International Journal on Satellite Communications,Vol 20, No.4.,July 2002, pp.293-306.
19. A. AlRustamani, **B. Vojcic** and A. Stefanov, " Greedy detection," invited paper, Journal of VLSI Signal Processing, Special Issue on Signal Processing for Wireless Communication Systems, vol. 30, No. 1-3,  pp. 179-195, January-February-March 2002.
20. A. AlRustamani, A. Stefanov and **B. Vojcic**, " Turbo-greedy decoding for systems with large number of transmit and receive antennas", IEEE Transactions on Wireless Communications, to appear 2002.
21. Fatih Alagoz, **Branimir Vojcic**, David Walters, Amina Alrustamani and Raymond Pickholtz, "Fixed Admission Control versus Adaptive Admission Control  in Direct Broadcast Satellite Networks with Return Link", IEEE JSAC (Spec. Issue on Broadband IP Networks via Satellites), Vol. 22, No. 2, Feb. 2004.
22. M. R. Souryal, **B. R. Vojcic**, R. L. Pickholtz, "Adaptive modulation in ad-hoc DS/CDMA packet radio networks," IEEE Trans. on Communicatins April 2006.
23. M.G. Di Benedetto and **B. Vojcic**, "Ultra-wideband (UWB) wireless communications: a tutorial", Journal of Communications and Networks, Vol. 5, No. 4, Dec. 2003.
24. E. Larson and B. Vojcic, "Cooperative Transmit Diversity Based on Superposition Modulation", IEEE Communications Letters, September 2005.
25. M. Souryal, **B. Vojcic**, and R. Pickholtz, "Information efficiency of multihop packet radio networks with channel-adaptive routing," IEEE Journal on Selected Areas in Communications, Jan. 2005.
26. Jinghao Xu, Bojan Peric and Branimir Vojcic, "Performance of energy-aware and link-adaptive routing metrics for ultra wideband sensor networks", Mobile Networks and Applications, Volume 11, Issue 4, Springer Netherlands, May 2006.
27. Nan Zhang, Branimir Vojcic , Michael Souryal, Erik G Larsson, "Exploiting multiuser diversity in reservation random access", IEEE Transactions on Wireless Communications, Sept. 2006.
28. Nan Zhang and Branimir Vojcic, "The Performance of Multiuser Diversity Scheduling for MIMO

Channels with Spatially Correlated Fading", accepted in IEEE Communications Letters, Sept. 2006.
29. M. Souryal, E. Larsson, B. Peric, B. Vojcic, Soft-Decision Metrics for Coded Orthogonal Signaling in Symmetric Alpha-Stable Noise, Signal Processing, IEEE Trans. On ASSP, Volume 56, Jan. 2008 Page(s): 266 – 273
30. J. Wu, Z. Wang, and B. Vojcic, "Partial Iterative Decoding for Binary Turbo Codes via Cross-entropy Based Symbol Selection". Vol. 57, No 12, *IEEE Transactions on Communications,* Dec., 2009.
31. D. Stojanovic, I. Djurovic and B. Vojcic, "Interference Analysis of Multicarrier Systems Based on Affine Fourier Transform in Time-Varying Mutipath Channels, IEEE Trans. On Wireless Communications, Vol. 8, No 6, May 2009.
32. "A Multicarrier Communications Based on the Affine Fourier Transform in Doubly-Dispersive Channels", with D.Stojanovic and I. Djurovic, EURASIP Journal on Wireless Communications, Vol. 2010, Article ID 868314.

**Refereed and Archived Conference Papers:**
1. **B.R. Vojcic**, "A procedure for time-series analysis of sunspot activity data", Proceedings of the XXIX Conference of the Yugoslavian Association for Electronics, Telecommunications, Automation and Nuclear Engineering, Nis, 1985.
2. **B.R. Vojcic**, R.L. Pickholtz and I.S. Stojanovic, A comparison of TDMA and CDMA in microcellular radio channels" (Invited paper), Proc. International Conference on Communications, Denver 1991.
3. **B.R. Vojcic**, R.L. Pickholtz and A. Ragab, "TDMA performance for personal communications networks", Proceedings of the Communication Theory Mini Conference (in conjunction with GLOBECOM), Orlando, 1992.
4. **B.R. Vojcic**, R.L. Pickholtz and L.B. Milstein, "Effects of imperfect power control on a CDMA system operating over a low earth orbiting satellite link", Proceedings of MILCOM'93.
5. **B.R. Vojcic**, L.B. Milstein and R.L. Pickholtz, "Power control versus capacity of a CDMA system operating over a low earth orbiting satellite link", Proceedings of the Communication Theory Mini Conference (in conjunction with GLOBECOM'93).
6. **B.R. Vojcic**, R.L. Pickholtz and L.B. Milstein, "Down-link capacity considerations when multiple satellite based CDMA systems with orthogonal spreading share the same spectrum" (Invited paper), Proceedings of the Alerton Conference on Communications, Control and Computing 1993.
7. **B.R. Vojcic**, R. Whinnery, C. Kocinski and A. Hashizume, "Radio network design and multiple access for airport surface traffic automation", Proceedings of the Vehicle Navigation & Information Systems Conference 1993.
8. **B.R. Vojcic**, R.L. Pickholtz and L.B. Milstein, Capacity considerations when multiple satellite-based CDMA systems share the same spectrum", Proceedings of the Conference on Information Systems and Sciences, Princeton University, Princeton, March 1994.
9. **B.R. Vojcic**, L.B. Milstein and R.L. Pickholtz, "The effect of dual satellite diversity on the total capacity of multiple band-shared CDMA LEOS systems", Proceedings of the ICC'94, May 1994.
10. **B.R. Vojcic**, A. Monk, R.L. Pickholtz and L.B. Milstein, "Forward error correction performance in correlated fading channels", International Symposium on Information Theory, Trondheim, Norway, June 1994.
11. **B.R. Vojcic**, R.L. Pickholtz and L.B. Milstein, "Downlink DS CDMA performance over a mobile LEOS channel", International Symposium on Spread Spectrum Techniques and Applications, Oulu, Finland, July 1994.
12. **B.R. Vojcic**, L.B. Milstein and R.L. Pickholtz, "Outage probability for the uplink of a DS-CDMA system operating over a LEO mobile satellite channel", PIMRC'94, Netherland, Oct. 1994.
13. **B.R. Vojcic**, R.L. Pickholtz and L.B. Milstein, "Outage probability of a coded BPSK system in a Rayleigh fading channel", Communication Theory Mini-Conference (in conjunction with GLOBECOM'94), San Francisco, Dec. 1994.
14. V. Vanghi and **B. Vojcic**, "Soft decision 2-stage detectors for synchronous multiple access channels", Proceedings of the Conference on Information Systems and Sciences, John Hopkins University, Baltimore, March 1995.
15. **B.R. Vojcic**, "Transmitter precoding in multiuser communications", Proceedings of the 1995 IEEE IT Workshop on Information Theory, Multiple Access, and Queuing, St Louis, Missouri, April 1995.

16. **B.R. Vojcic** and R.L. Pickholtz, "Joint transmitter-receiver optimization in synchronous multiuser channels", <u>Proceedings of the IEEE IT Workshop 1995</u>, Rydzyna, Poland, June 1995.
17. S. Dastangoo, J. Daigle and **B.R. Vojcic**, "Random access TDMA/CDMA as a multimedia access control protocol for ATM based mobile networks", <u>PIMRC'95</u>, Toronto, Canada, Sept. 1995.
18. C. Hegarty and **B.R. Vojcic**, "Two-stage multiuser detection for noncoherent CDMA" (Invited Paper), <u>Proceedings of the Allerton Conference on Communications, Control and Computing 1995</u>, Allerton, Urbana, Oct. 1995.
19. **B. Vojcic** and R. Pickholtz, "Code division multiple access - a perspective" (Invited Paper), <u>Proceedings of TELFOR'95</u>, Belgrade, Yugoslavia, Dec. 1995.
20. **B. Vojcic** and R. Pickholts, "Spectral shaping for DS-CDMA on satellite links", <u>Proc. of the AIAA Conference 1996</u>, Washington, DC, Feb. 1996.
21. **B. Vojcic**, "The role of data link layer in feedback interference cancellation", <u>Proc. of CISS'96</u>, Princeton, March 1996.
22. C. Hegarty and **B. Vojcic**, "Noncoherent multiuser detection of M-ary orthogonal signals using a decorrelator", Proc. of MILCOM 1996, MacLean, VA, 1996.
23. C. Hegarty and **B. Vojcic**, "Two-stage multiuser detection for asynchronous CDMA using DPSK signaling", Proc. of GLOBECOM 1996, London, 1996.
24. W.M. Jang and **B. Vojcic**, "Joint Transmitter Receiver Optimization in Synchronous Multiuser Communications Over Multipath Channels", ", Proc. of MILCOM 1996, MacLean, VA, 1996.
25. W.M. Jang and **B. Vojcic**, "Transmitter precoding in synchronous multiuser communications over multipath channels", <u>Proc of the 8th International Conference on Wireless Communications, WIRELESS 1996</u>, Calgary, Alberta, Canada, 1996.
26. W. Lee, **B.R. Vojcic** and R.L. Pickholtz, "Constant modulus algorithm for blind multiuser detection" (Invited paper), Proc. of ISSSTA'96, Mainz, Germany, Sep. 1996.
27. C. Hegarty and **B.R. Vojcic**, "Multistage noncoherent multiuser detection of M-ary orthogonal signaling", Proc. of ICC'97, Montreal 1997.
28. **Vojcic**, Y. Shama and R.L. Pickholtz, "Optimum soft output MAP detector for coded multiuser communications", IEEE International Symposium on Information Theory 1997, Uhlm, Germany, 1997.
29. W.M. Jang and **B. Vojcic**, "Transmitter precoding with RAKE in synchronous multiuser communications over multipath channels", Proc. of ICC'97.
30. Y. Shama and **B.R. Vojcic**, "Soft output Viterbi algorithm for maximum likelihood multiuser detection of coded asynchronous communications", Proc. of CISS'97, Johns Hopkins University, Baltimore, March 1997.
31. D. Walters, N. Abramson, **B. Vojcic**, A. Damjanovic and C. Shillieto, "Adaptive spread ALOHA for LEO satellite multiple access", Proc. of MPRG Symposium on Wireless Personal Communications, MPRG'97, pp. 14.1-14.12, June 1997, Blacksburg, VA.
32. A. Damjanovic and **B.R. Vojcic**, "Coding/spreading tradeoffs in DS CDMA successive cancellation", CISS'98, Princeton, March 1998.
33. Yaacov Shama and **B.R. Vojcic**, "A reduced complexity Detector/Decoder for Multiuser Communications with FEC", ISIT'98, Boston, Aug. 1998.
34. S. Dastangoo, **B. Vojcic** and J. Daigle, "Performance analysis of Multi-Code Slotted ALOHA (MCSA) system, Proc. Of Globecom 1998, Sidney.
35. S. Dastangoo, S. Resheff and **B. Vojcic**, "Performance analysis of Multi-Code Slotted Aloha (MCSA) system: finite and infinite population, Proc. Of PIMRC'98, Boston.
36. M. Doroslovacki and **B. Vojcic**, "Cone constrained constant modulus algorithm for blind adaptive multiuser interference suppression", Proc. of ASILOMAR'98, Monterey, Nov. 1998.
37. **B. Vojcic**, A. Damjanovic, R. Pickholtz and D. Walters, "Comparison of asynchronous common code, slotted common code and slotted random spreading assignment multiple access, Proc. CISS'99, Johns Hopkins University, Mar. 1999, Baltimore.
38. W.G. Phoel, M.L. Honig and **B.R. Vojcic**, "Goded Performance of MMSE Receivers for DS-CDMA in the Presence of Fading", Proc. CISS'99, Johns Hopkins University, Mar. 1999, Baltimore.
39. M. Doroslovacki and **B. Vojcic**, "Cone Constrained Adaptive Algorithms and Multiple Access Interference Cancellation", Proc. of ICASSP'99, Phoenix, Mar. 1999.

Case 3:15-cv-00154-JD   Document 127-1   Filed 10/12/15   Page 10 of 14
XPLORE WIRELESS LLC

40. S. Dastangoo and **B. Vojcic**, "Performance analysis of enhanced Multi-Code Slotted Aloha (EMCSA) system with voice and data, Proc. of ICC'99, Vankuver.
41. **B. Vojcic**, A. Damjanovic, R. Pickholtz and D. Walters, "Comparison of asynchronous common code, slotted common code and slotted random spreading code assignment multiple access", Proc. Of CISS'99, The Johns Hopkins University, Baltimore, MD, March 1999.
42. A. Damjanovic and **B. Vojcic**, "Coding-spreading tradeoff in DS/CDMA systems with linear multiuser detectors", Prco. Of 2nd Annual UCSD Conference on Wireless Communications, pp. 41-46, Feb. 1999, La Jolla, CA.
43. Aleksandar Damnjanovic, **Branimir Vojcic**, Raymond Pickholtz and David Walters, "Optimum Coding Strategy for Slotted Spread ALOHA Multiple Access," in Proc. CISS'00, Princeton Univ., Princeton, NJ 2000.
44. Jelena Damnjanovic and **Branimir Vojcic**, "Packet Combining and Multiuser Detection," in Proc. CISS'00, Princeton Univ., Princeton, NJ, 2000.
    45. Aleksandar Damnjanovic and **Branimir Vojcic**, "Iterative Mulituser Detection/Decoding for Turbo-Coded CDMA Systems," Invited paper, accepted to ISSSTA September 2000.
    46. Jelena Damnjanovic and **Branimir Vojcic**, "Packet Combining and Multiuser Detection in DS/CDMA Systems," submitted to Globecom 2000.
    47. A. AlRustamani and **B. Vojcic**, "Greedy Multiuser Detection over Single-Path Fading Channel", accepted to ISSSTA'2000, Newark, NJ.
    48. **B. Vojcic**, A. AlRustamani and A. Damjanovic, "Iterative Greedy Multiuser Detection for Turbo Coded Multiuser Communications", Proc. of ICT'2000, Acapulco, Mexico, May, 2000.
    49. D. Walters, **B. Vojcic**, F. Alagoz, A. AlRustamani, and R.Pickholtz, "Managing congestion in DBS Networks," (to appear) Proc. AIAA: 18th AIAA International Communication Satellite Systems Conference (ICSSC), Oakland, CA, April 2000.
    50. A. AlRustamani and **B. R. Vojcic**, "Greedy-Based Multiuser Detection for CDMA Systems," Proceedings of the 2000 Conference on Information Sciences and Systems, Princeton University, Princeton, New Jersey, Vol II, pp. FA8-11-FA8-14, March 2000.
    *51.* A. AlRustamani, A. Damnjanovic and **B. Vojcic**, " Reduced Complexity Iterative Multiuser Detection/Decoding for Turbo Coded CDMA Systems", Submitted to GLOBECOM 2000.
    52. A. AlRustamani, A. Damnjanovic and **B. Vojcic**, "Reduced Complexity Iterative Multiuser Detection/Decoding for Turbo Coded CDMA Systems," Proc. of the IEEE International Conference on Communications (ICC) 2001.
    53. A. AlRustamani, A. Stefanov and **B. Vojcic**, " Turbo-Greedy Decoding for Multiple Antenna Systems," Proc. of the IEEE International Conference on Communications (ICC) 2001, Helsinki, Finland, 2001.
    54. F.Alagoz, **B.Vojcic** and R. Pickholtz, "On the Effects of Direct Broadcast Satellites Traffic Mixture in the ARAM System" Proc. of *IEEE International Conference on Telecommunications*, Budapest, Romania, June 2001.
    55. A. Stefanov, A. AlRustamani and **B. Vojcic**, "Turbo-Greedy Coding for High Data Rate Wireless Communications: Principles and Robustness," Proc. of IEEE Semiannual Vehicular Technology Conference (VTC), May 2001.
    56. Jelena Damnjanovic and **Branimir Vojcic**, "Receive Antenna Diversity and Turbo Multiuser Detection," CISS'01, The John Hopkins Univ., Baltimore, MD, March 2001.
    *57.* Jelena Damnjanovic and **Branimir Vojcic**, "Multiuser Detection and Packet Combining in Rayleigh fading DS/CDMA Systems," CISS'01, The John Hopkins Univ., Baltimore, MD, March 2001.
    *58.* Jelena Damnjanovic and **Branimir Vojcic**, "Optimum and Suboptimum Multiuser Detection and Packet Combining in DS/CDMA Systems," Proc. of MILCOM'01, McLean, VA, 2001.
    59. Jelena Damnjanovic and **Branimir Vojcic**, "Transmit-Receive Antenna Diversity and Turbo Multiuser Detection," Invited Paper, Proc. of MILCOM'01, McLean, VA, 2001.
    60. Alagoz, **B. Vojcic**, A. AlRustamani and R. Pickholtz, "On the Effects of DBS Traffic Mixture in the ARAM System", Proc. of ICT 2001.
    61. M. Souryal, **B. Vojcic** and R. Pickholtz, "Ad hoc, multihop CDMA networks with route diversity in a Rayleigh fading channel," Milcom 2001 Proceedings, October, 2001.

62. M. R. Souryal, **B. R. Vojcic**, R. L. Pickholtz, "Interference model for ad-hoc DS/CDMA packet radio networks with variable coherent modulation," Proc. of MILCOM 2003.
63. B. Vojcic and R. Pickholtz, "Direct-sequence code division multiple access for ultra-wideband communications", Proc. Of MILCOM 2003.
64. M. Souryal, **B. Vojcic**, and R. Pickholtz, "Adaptive modulation in ad hoc DS/CDMA packet radio networks," in *Proc. IEEE GLOBECOM*, Dec. 2003.
65. N. Zhang and B. Vojcic, "Multiuser diversity gain of cellular networks with correlated fading", Proc. of CISS 2004.
66. M. Souryal and **B. Vojcic**, "Cooperative turbo coding with time-varying Rayleigh fading channels," to appear in *Proc. IEEE International Conference on Communications (ICC),* Jun. 2004.
67. Y. Cao and B. Vojcic, "User-cooperative transmission with channel feedback in slow fading environment", IEEE Veh. Technology Conference, Sept. 2004.
68. N. Zhang and B. Vojcic, "Multiuser diversity with MIMO channels," *39th Conference on Information Sciences and Systems*, Baltimore, March, 2005.
69. N. Zhang and B. Vojcic, "Wireless network with multiuser diversity and correlated fading," *Proc. 42nd Allerton Conf. on Communications, Control and Computing*, Allerton, Oct. 2004.
70. M.R. Souryal, E.G. Larsson, B.M. Peric, and B.R. Vojcic,"Soft-decision metrics for coded orthogonal signaling in symmetric alpha- stable noise" ICASSP 2005
71. B.M. Peric, M.R. Souryal, E.G. Larsson, and B.R. Vojcic,"Soft decision metrics for turbo-coded FH M-FSK ad hoc packet radio networks," VTC 2005 Spring
72. Y.Cao, B.Vojcic, M. Souryal, User-cooperative Transmission with Channel Feedback in Slow Fading Environments, in the Proceedings of VTC Fall  2004.
73. Y.Cao, B. Vojcic,  Cooperative Coding using Serial Concatenated Convolutional Codes, in the Proceedings of WCNC 05.
74. Y.Cao, E.G. Larsson, B.Vojcic, Cooperative Diversity Transmission Versus Macro-Diversity in Cellular Networks, in the Proceedings of CISS 05.
75. **Nan Zhang and B. Vojcic,** "Binary Search Algorithms with Interference Cancellatioon for RFID Systems", Proceedings of MILCOM 2005, 17-20 Oct. 2005.
76. N. Zhang and B. Vojcic, "Multiuser diversity in MIMO systems with correlated fading," Submitted to *IEEE Global Telecommunications Conference, Globecom'05*, St. Louis, Nov.-Dec., 2005.
77. N. Zhang and B. Vojcic, "Evaluating the temporal correlation of MIMO channel capacities," submitted to *IEEE Global Telecommunications Conference, Globecom'05*, St. Louis, Nov.-Dec., 2005.
78. E.G. Larsson and  **B.R. Vojcic, "**Cooperative Transmit Diversity via Superpostion Coding", Invited Paper, 2005 EUROCON, Belgrade 2005 ,Volume 1,  21-24 Nov. 2005.
79. J. Wu, B. Vojcic, and Z. Wang "Turbo Decoding Complexity Reduction by Symbol Selection and Partial Iterations". *IEEE GlobeCom*, Washington, DC., Nov., 2007.
80. J. Wu and B. Vojcic "Joint Partial Iterative Processing for Turbo Equalization and Channel Decoding", Submitted to *IEEE Globecom,* New Orleans, LA, Nov., 2008.
81. J. Wu, B. Vojcic, and Z. Wang "Cross-entropy Based Symbol Selection and Partial Iterative Decoding for Serial Concatenated Convolutional Codes". *The 42nd Conf. on Info. Sciences and Systems (CISS 2008)*, Princeton, NJ, Mar. 2008.
82. J. Wu and B. Vojcic, "Partial Iterative Equalization and Channel Decoding",  *IEEE Int. Conf. Acoust., Speech, Signal Processing (ICASSP2009)*, Taipei, Taiwan, pp. 2657-2660, Apr., 2009.
83. J. Wu and B. Vojcic, "Near-capacity Performance Soft Output Sphere Decoding Based on Short List Detection and Metrics Combining," *The 43rd Conf. on Info. Sciences and Systems (CISS 2009)*, Baltimore, MD, Mar. 2009.
84. J. Wu and B. Vojcic, "Combining Iterative SOVA and Log-MAP algorithms for Turbo Decoding", *The 43rd Conf. on Info. Sciences and Systems (CISS 2009)*, Baltimore, MD, Mar. 2009.
85. Jinhong Wu, Branimir R. Vojcic, and Jia Sheng. "Stopping criteria for iterative decoding based on mutual information." *Signals, Systems and Computers (ASILOMAR), 2012 Conference Record of the Forty Sixth Asilomar Conference on*. IEEE, Pacific Grove, CA, pp. 183-187, Nov. 2012.

86. B. Vojcic, H. Dogan, W. Lee, S. Papaharalabos, and F. Shayegh, "Advances in HD Radio– Improving Coverage and Reception Quality", *Proc. 67th NAB Broadcast Engineering Conference*, 8 Apr. 2013, Las Vegas, Nevada.
87. B. Vojcic and S. Papaharalabos, "Irregular Non-Systematic Repeat-Accumulate Codes for Digital Broadcasting Applications", accepted for IEEE International Broadcast Symposium 2014.

**Symposium/Workshop Papers**:
1. R.L. Pickholtz and **B.R. Vojcic**, " Issues in microcellular communications - CDMA versus TDMA ", Symposium on Worldwide Advances in Communications Networks, George Mason University, Fairfax, 1992.
2. **B.R. Vojcic** and R.L. Pickholtz, "Performance of direct sequence spread spectrum in a fading dispersive channel with jamming", Proc. International Symposium on Spread Spectrum Techniques, Belgrade 1988.
3. R.L. Pickholtz and **B.R. Vojcic**, "TDMA/CDMA comparisons", Government Land Mobile Radio and Personal Communications Symposium, MITRE Corporation, McLean, VA, 1992.
4. **B.R. Vojcic**, R.L. Pickholtz and L.B. Milstein, " Performance of DS-CDMA with imperfect power control over a LEOS channel" (Invited Paper), Communication Theory Workshop, Marathon, Florida, 1993.
5. **B.R. Vojcic**, R.L. Pickholtz and L.B. Milstein, "CDMA sharing for mobile satellite communications", Communication Theory Workshop, Marathon, Florida, 1993.
6. **B.R. Vojcic**, "Transmitter precoding for synchronous multiuser communications", Workshop on Mobility Management, George Mason University, Fairfax, VA, Oct. 9, 1994.
7. **B.R. Vojcic**, " CDMA for low earth orbiting satellite communications", (Invited paper) Microwave Theory Workshop, Historic Electronics Museum, Baltimore, MD, Oct. 1994.
8. W.M. Jang and **B. Vojcic**, "Transmitter precoding in synchronous multiuser communications over multipath channels", Symposium on Interference Rejection and Signal Separation 1996, New Jersey Institute of Technology, Newark, March 1996.
9. **B. Vojcic**, "The role of data link layer in multiuser communications", (Invited paper), Communication Theory Workshop 1996, San Destin, April 1996.
10. **B.R. Vojcic**, A. Damjanovic, R.L. Pickholtz and J. Damjanovic, "Spread ALOHA versus CDMA", Computer Communications Workshop 1996, Reston, VA, Sep. 1996.
11. **B.R. Vojcic**, "Information theoretic aspects of multiuser detection", Proc. of IRSS'97, The George Washington University, Washington, DC, March 1997.
12. M. Honig and **B.R. Vojcic,** "Packet DS-CDMA with with adaptive interference suppression and soft decoding", Information Theory Workshop, UCSD, San Diego, Feb. 1998.
13. **B.R. Vojcic** and Y. Shama, "Soft output detection for coded multiuser systems", Information Theory Workshop, UCSD, San Diego, Feb. 1998.
14. F. Alagooz, A. Al-Rustamani, **B. Vojcic**, R. Pickholtz and D. Walters, "Adaptive resource allocation and management for direct broadcast satellites", BAS'98 Computer Networks Symposium, Turkey, 1998.
15. A. Damjanovic and **B. Vojcic**, "Coding/spreading tradeoffs in DS CDMA systems with linear multiuser detection", 2nd Annual UCSD Conference on Wireless Communications, Mar. 1999, San Diego.
16. F. Alagooz, A. AlRustamani, **B. Vojcic**, R. Pickholtz and D. Walters, "Adaptive resource allocation and rate control for heterogeneous traffic on DBS links", Proc. Of the Fourth Workshop on Multiple Access, Mobility and Teletraffic for Wireless Communications, The George Washington University, Oct. 1998, Washington, DC.
17. D. Walters, **B. Vojcic**, F. Alagoz, A. AlRustamani, and R. Pickholtz, "Management of Heterogeneous Traffic Loading in DBS Networks", Proceedings of SPIE, vol. 3709, Florida, USA, April 1999.
18. F. Alagooz, A. AlRustamani, D. Walters, **B. Vojcic** and R. Pickholtz, "On the effects of adaptive forward error correction mechanism in direct broadcast satellite networks", Proc. of MSWiM'99, August 1999, Seattle, WA.
19. A. AlRustamani and **B. Vojcic**, "Greedy multiuser detection", IEEE Communication Theory Workshop, Greenleaf, FL, May 2000.

20. A. Damjanovic and **B. Vojcic**, "Turbo multiuser detection", IEEE Communication Theory Workshop, Greenleaf, FL, May 2000.
21. F. Alagoz, **B. Vojcic** and A. AlRustamani, "Approximation on the aggregate MPEG Video Traffic and Their Impact on Admission Control", Proc. of the Fifth Symposium on Computer Networks, Ankara, Turkey, June 2000.
22. **B. Vojcic** and R. Pickholtz, "Greedy Detection", IEEE Communication Theory Workshop, April 2001.
23. **B. Vojcic**, R. Pickholtz and M. Souryal, "Capacity Improvement in Ad-Hoc Networks due to CSI Based Routing", IEEE Communication Theory Workshop, April 2001.
24. J. Damjanovic, **B. Vojcic**, "Turbo Multiuser Detection for MIMO Rayleigh Fading Channels", Proc. of 3GIS, Athenes, Greece, July 2001.
25. K. Pepe and **B. Vojcic**, "Cellular Multihop Networks and the Impact of Routing on the SNIR and Total Power Consumption", Proc. of MMT'02, Rennes, France, June 2002.
26. **B. Vojcic**, "Multiple Access Issues for UWB Communications", Invited Talk, IEEE Communication Theory Workshop 2003, Phoenix, April 2003.
27. Jinghao Xu, B. Peric, and B. Vojcic, "Energy-aware and Link-adaptive Routing Metrics for Ultra Wideband Sensor Networks", invited paper, Networking with Ultra Wide Band and Workshop on Ultra Wide Band for Sensor Networks 2nd International Workshop, Rome, July 2005.
28. Michael Souryal, Branimir Vojcic, Performance of Amplify-and-Forward and Decode-and-Forward Relaying with Turbo Codes, WICAT Workshop 2005, NYU, New York.
29. B. Vojcic, D. Matheson and H. Clark, "Network of Mobile Networks, Hybryd Terrestrial-Satellite Radio", Satellite and Space Communications, IWSSC 2009, Sep. 2009.
30.

**Invited Presentations:**
1. **B.R. Vojcic**, R.L. Pickholtz and L.B. Milstein, "Spectrum sharing for LEOS with code division multiple access", FCC Negotiated Rulemaking for MSS Above 1.6 GHz, Washington, D.C., 1993.
2. **B.R. Vojcic**, R.L. Pickholtz and L.B. Milstein, "Capacity considerations for co-coverage co-frequency satellite-based systems employing spread spectrum techniques", Documents of Radiocommunications Study Group, USWG 8D, Washington, D.C. 1993.
3. **B.R. Vojcic**, L.B. Milstein and R.L. Pickholtz, "The effect of dual satellite diversity on the total capacity of multiple band-shared CDMA LEOS systems", Documents of Radiocommunications Study Group, USWG 8D, Washington, D.C. 1993.
4. **B.R. Vojcic**, " CDMA for mobile satellite communications", presentation given to the Communications Society of the IEEE, Washington and Northern Virginia Chapter, George Washington University, Washington, DC, Sep. 1994.
5. **B.R. Vojcic**, " DS CDMA for satellite communications", IEEE Microwave Theory Lecture Series, Maryland University, Feb. 1995.
6. **B.R. Vojcic**, "DS CDMA - a perspective", David Sarnoff Research Center, Princeton, Aug. 1995.
7. **B.R. Vojcic**, "New results in multi-stage detection", New Jersey Institute of Technology, Newark, Dec. 1995.
8. R.L. Pickholtz and **B.R. Vojcic**, "Multiuser detection in wireless communications", NORTEL, Ottawa, Canada, Aug. 1996.
9. **B. Vojcic**, "Spread ALOHA versus CDMA - A comparison" The George Washington University, Washington, DC, Oct. 1996.
10. **B. Vojcic**, " CDMA versus Spread ALOHA", George Mason University, Fairfax, VA, Oct. 1996.
11. **B.R. Vojcic,** "On coding/spreading tradeoffs in multiuser communications", UCSD, San Diego, Feb. 1998.
12. **B.R. Vojcic,** "On coding/spreading tradeoffs in multiuser communications", QUALCOM, Inc., San Diego, Feb. 1998.
13. **B.R. Vojcic,** "Multiuser detection and interference cancellation – Overview and potential", LCC, McLean, VA, May 2000.
14. **B.R. Vojcic,** "Greedy Multiuser Detection", Nortel Networks, Germantown, MD, June 2001.
15. M. Souryal, **B. Vojcic,** R. Pickholtz, "Fading is good in ad-hoc networks," Soprano Seminar, GMU, Fairfax, VA, June 15, 2001.

16. **Prof. B. Vojcic**, Prof. R. Pickholtz, Invited pannel presentation"3G - Mission Impossible?", 3GIS, Athenes, Greece, July 2001.
17. **B.R. Vojcic,** "Greedy Detection with Applications" Polytechnic Institute of New York, NY, Feb. 2002.
18. M. Souryal, **B. Vojcic,** R. Pickholtz, "Interference model for ad hoc wireless networks with M-QAM DS-CDMA signals," Soprano Seminar, GWU, Washington, DC, January 9, 2002.
19. **B.R. Vojcic,** "3G-Mission Impossible, 4G-Terra Incognita", TechExpo, GWU, Ashburn, VA, April 2002.
20. **B.R. Vojcic**, "1xEV-DO/DV: Multiuser Diversity", LCC International, , McLean, VA, Oct 2002
21. **B.R. Vojcic**, "Adaptive Multi-Hop Ad-Hoc Access technologies", Nortel Networks, Ottawa, April 2003.
22. "Probability and Stochastic Processes in Communications", Federal Communications Commission, Oct. 2005.