# EXHIBIT B

# INTRODUCTION TO
# DIGITAL
# COMMUNICATION

## SECOND EDITION



# RODGER E. ZIEMER ▪ ROGER L. PETERSON

Library of Congress Cataloging-in-Publication Data

Ziemer, Rodger E.
  Introduction to digital communication/Rodger E. Ziemer, Roger L. Peterson.—2nd ed.
    p. cm.
  Includes bibliographical references and index.
  ISBN 0-13-890481-5
    1. Digital communications. I. Title: Digital communication. II. Peterson Roger L. III.
  Title.
  TK5103.7.Z55 2000
  621.382—dc21

                                                                    00-036316
                                                                         CIP


Vice president and editorial director: *Marcia Horton*
Publisher: *Tom Robbins*
Associate editor: *Alice Dworkin*
Editorial assistant: *Jessica Power*
Marketing manager: *Danny Hoyt*
Production editor: *Pine Tree Composition*
Executive managing editor: *Vince O'Brien*
Managing editor: *David A. George*
Art director: *Jayne Conte*
Cover design: *Bruce Kenselaar*
Art editor: *Adam Velthaus*
Manufacturing manager: *Trudy Pisciotti*
Manufacturing buyer: *Dawn Murrin*
Assistant vice president of production and manufacturing: *David W. Riccardi*

Prentice Hall   © 2001, 1992 by Prentice-Hall, Inc.
                Upper Saddle River, New Jersey

All rights reserved. No part of this book may be
reproduced, in any form or by any means
without permission in writing from the publisher.

The author and publisher of this book have used their best efforts in preparing this book. These efforts include
the development, research, and testing of theories to determine their effectiveness.

*Printed in the United States of America*
10  9  8  7  6  5  4  3  2  1

ISBN 0-13-896481-5

Prentice-Hall International (UK) Limited, *London*
Prentice-Hall of Australia Pty. Limited, *Sydney*
Prentice-Hall Canada Inc., *Toronto*
Prentice-Hall Hispanoamericana, S. A., *Mexico*
Prentice-Hall of India Private Limited, *New Delhi*
Prentice-Hall of Japan, Inc., *Tokyo*
Pearson Education Asia Pte. Ltd., *Singapore*
Editora Prentice-Hall do Brasil, Lda., *Rio de Janeiro*

Case 3:15-cv-00154-JD Document 127-2 Filed 10/12/15 Page 4 of 6



(a) Delay-multiply method



(b) Delay-lock loop method

**FIGURE 5–8**   Two methods for acquiring a clock from binary data.

Structures similar to the Costas loop can be designed for deriving a clock directly from a data stream. Two examples are the early-late gate synchronizer and the inphase/midphase synchronizer, also called the data transition tracking loop. A block diagram of the latter is shown in Figure 5–8b. Analysis of the characteristics of these circuits is beyond the scope of this book, and the reader is referred to the technical literature on the subject [5, 6].

### 5.2.3   Frame Synchronization

Frame synchronization is usually accomplished by the detection of a *unique word,* which is a known pattern of 1s and 0s that is sent in the data stream periodically, sometimes at the start of the block of data and, in some applications, in the middle. To ensure that the data itself

doesn't contain the unique word pattern the process of *bit stuffing* is used. For example, if the unique word is thirteen 1s followed by a 0, the data sequence at the transmitter is examined, and if a sequence of twelve 1s occurs, a 0 is "stuffed" at the transmitter and removed at the receiver. Assume that the bit stream has been detected (i.e., consists of a 1–0 sequence). A digital correlator like the one shown in Figure 5–9 can be used to detect the position of the unique word, assumed to be $N$ bits long, in the data stream. If the received unique word, due to bit errors, does not match the locally stored unique word in $\varepsilon + 1$ places or more it will be missed. The probability of a particular error pattern occurring obeys the binomial distribution so that the probability of a miss is given by

$$P_M = \sum_{i=\varepsilon+1}^{N} \binom{N}{i} P_E^i (1 - P_E)^{N-i} \tag{5–22}$$

where $\binom{N}{i} = N!/(i!(N - i)!)$ is the binomial coefficient and $P_E$ is the probability that a bit is in error. A false alarm occurs if randomly occurring bits due to noise happen to match with at least $\varepsilon$ bits in the unique word. This probability is given by

$$P_F = \frac{1}{2^N} \sum_{i=0}^{\varepsilon} \binom{N}{i} \tag{5–23}$$

Plots of the probabilities of miss and false alarm as a function of the number of bits in the unique word are shown in Figures 5–10a and 5–10b, respectively. Figure 5–10a is plotted for $P_E = 10^{-3}$.

While this treatment of synchronization is brief, it hopefully gives some appreciation for this important problem in digital communication system design and analysis. An excellent tutorial review of the subject is provided in [6].



**FIGURE 5–9**   A digital correlator for detecting a unique word in frame synchronization.

Case 3:15-cv-00154-JD   Document 127-2   Filed 10/12/15   Page 6 of 6

tions

le, if
kam-
ed at
nce).
f the
due
ll be
ibu-

-22)

it is
itch

23)

the
ted

ia-
An

e

n



**FIGURE 5–10**   Performance characteristics of unique word detection in frame synchronization.

## 5.3   THE EFFECTS OF SLOW SIGNAL FADING IN COMMUNICATION SYSTEMS

### 5.3.1   Performance of Binary Modulation Schemes in Rayleigh Fading Channels

**5.3.1.1 Introduction.**   For many important channels the received signal strength varies randomly due to propagation conditions such as multiple transmission paths (multipath), varying refraction index, attenuation due to rain, and so on. These channels are called *fading channels*. In a fading channel a constant-amplitude sinusoidal transmitted signal is received as $R(t)\cos[2\pi f_0 t + \Theta(t)]$ where $R(t)$ and $\Theta(t)$ are random processes. It is quite often the case that a useful model for $R(t)$ is a Rayleigh random process with $\Theta(t)$ uniform in $[0, 2\pi)$. This results from modeling the received inphase and quadrature signal components as independent Gaussian random processes with zero means and equal variances (i.e., a Rayleigh envelope). It is a useful model in situations