# EXHIBIT C

Case 3:15-cv-00154-JD   Document 127-3   Filed 10/12/15   Page 2 of 5



# WCDMA FOR UMTS

**Radio Access For Third Generation Mobile Communications**

Third Edition



Edited by
Harri Holma and Antti Toskala

Copyright © 2004    John Wiley & Sons Ltd, The Atrium, Southern Gate, Chichester,
West Sussex PO19 8SQ, England

Telephone   (+44) 1243 779777

Email (for orders and customer service enquiries): cs-books@wiley.co.uk
Visit our Home Page on www.wileyeurope.com or www.wiley.com

Reprinted October 2004, January 2005, July 2005, November 2005, March 2006

All Rights Reserved. No part of this publication may be reproduced, stored in a retrieval system or transmitted
in any form or by any means, electronic, mechanical, photocopying, recording, scanning or otherwise, except
under the terms of the Copyright, Designs and Patents Act 1988 or under the terms of a licence issued by the
Copyright Licensing Agency Ltd, 90 Tottenham Court Road, London W1T 4LP, UK, without the permission
in writing of the Publisher. Requests to the Publisher should be addressed to the Permissions Department,
John Wiley & Sons Ltd, The Atrium, Southern Gate, Chichester, West Sussex PO19 8SQ, England, or
emailed to permreq@wiley.co.uk, or faxed to (+44) 1243 770620.

Designations used by companies to distinguish their products are often claimed as trademarks. All brand names
and product names used in this book are trade names, service marks, trademarks or registered trademarks
of their respective owners. The Publisher is not associated with any product or vendor mentioned in this book.

This publication is designed to provide accurate and authoritative information in regard to the subject matter
covered. It is sold on the understanding that the Publisher is not engaged in rendering professional services. If
professional advice or other expert assistance is required, the services of a competent professional should be
sought.

*Other Wiley Editorial Offices*

John Wiley & Sons Inc., 111 River Street, Hoboken, NJ 07030, USA

Jossey-Bass, 989 Market Street, San Francisco, CA 94103-1741, USA

Wiley-VCH Verlag GmbH, Boschstr. 12, D-69469 Weinheim, Germany

John Wiley & Sons Australia Ltd, 33 Park Road, Milton, Queensland 4064, Australia

John Wiley & Sons (Asia) Pte Ltd, 2 Clementi Loop #02-01, Jin Xing Distripark, Singapore 129809

John Wiley & Sons Canada Ltd, 22 Worcester Road, Etobicoke, Ontario, Canada M9W 1L1

Wiley also publishes its books in a variety of electronic formats. Some content that appears in
print may not be available in electronic books.

*British Library Cataloguing in Publication Data*

A catalogue record for this book is available from the British Library

ISBN 10: 0-470-87096-6 (HB)     ISBN 13: 978-0-470-87096-9 (HB)

Typeset in 10/12pt Times by Thomson Press (India) Limited, New Delhi.
Printed and bound in Great Britain by TJ International, Padstow, Cornwall.
This book is printed on acid-free paper responsibly manufactured from sustainable forestry
in which at least two trees are planted for each one used for paper production.

Case 3:15-cv-00154-JD Document 127-3 Filed 10/12/16 Page 4 of 5

The fast power control on CPCH helps to reduce the interference due to the data transmission while it also highlights the importance of the added collision detection to RACH. A terminal transmitting data over several frames and following a power control command stream intended for another terminal would create a severe interference problem in the cell, especially when high data rates are involved. At the beginning of the CPCH transmission, an optional power control preamble can be sent before actual data transmission is initiated. This is to allow power control to converge, as there is a longer delay with CPCH than with RACH between the acknowledged preamble and actual data frame transmission. The 8-slot power control preamble also uses a 2 dB step size for faster power control convergence.

A CPCH transmission needs to have a restriction on maximum duration, since CPCH supports neither soft handover nor compressed mode to allow inter-frequency or inter-system measurements. UTRAN sets the maximum CPCH transmission during service negotiations.

The latest addition to CPCH operation is the status monitoring and channel assignment functionality. The CPCH Status Indication Channel (CSICH) is a separate physical channel, sent from the base station, that has indicator bits to indicate the status of different CPCH channels. This avoids unnecessary access attempts when all CPCH channels are busy, so it will also improve CPCH throughput. The Channel Assignment functionality is a system option, in the form of a CA message that may direct the terminal to a CPCH channel other than the one used for the access procedure. The CA message is sent in parallel with the collision detection message.

### 6.6.6 Cell Search Procedure

The cell search procedure or synchronisation procedure in an asynchronous CDMA system differs greatly from the procedure in a synchronous system like IS-95. Since the cells in an asynchronous UTRA CDMA system use different scrambling codes and not just different code phase shifts, terminals with today's technology cannot search for 512 codes of 10 ms duration without any prior knowledge. There would be too many comparisons to make and users would experience too long an interval from power-on to the service availability indication in the terminal.

The cell search procedure using the synchronisation channel has basically three steps, though from the standards point of view there will be no requirements as to which steps to perform and when. Rather the standard will set requirements for performance in terms of maximum search duration in reference test conditions. The basic steps for the initial cell search are typically as follows:

1. The terminal searches the 256-chip primary synchronisation code, being identical for all cells. As the primary synchronisation code is the same in every slot, the peak detected corresponds to the slot boundary.

2. Based on the peaks detected for the primary synchronisation code, the terminal seeks the largest peak from the Secondary SCH code word. There are 64 possibilities for the secondary synchronisation code word. The terminal needs to check all 15 positions, as the frame boundary is not available before Secondary SCH code word detection.

3. Once the Secondary SCH code word has been detected, the frame timing is known. The terminal then seeks the primary scrambling codes that belong to that particular code

group. Each group consists of eight primary scrambling codes. These need to be tested for a single position only, as the starting point is known already.

When setting the network parameters, the properties of the synchronisation scheme need to be taken into account for optimum performance. For the initial cell search there is no practical impact, but the target cell search in connection with handover can be optimised. Basically, since there is rather a large number of code groups, in a practical planning situation one can, in most cases, implement the neighbouring cell list so that all the cells in the list for one cell belong to a different code group. Thus, the terminal can search for the target cell and skip step 3 totally, just confirming detection without needing to compare the different primary scrambling codes for that step. Alternatively one can, as has been shown in practical networks resulting in similar performance, aim to have all neighbouring cells under one code group as well. Initially, having more groups was expected not to be optimal but, as experience from the field has shown, using one group only is the preferred alternative.

Further ways of improving cell search performance include the possibility of providing information on the relative timing between cells. This kind of information, which is being measured by the terminals for soft handover purposes in any case, can be used to improve especially the step 2 performance. The more accurate the relative timing information, the fewer slot positions need to be tested for the Secondary SCH code word, and the better is the probability of correct detection.

### 6.6.7 Transmit Diversity Procedure

As was mentioned in connection with the downlink channels, UTRA uses two types of transmit diversity transmission for user data performance improvement, as studied in Chapter 11. These methods are classified as open loop and closed loop methods. In this section the feedback procedure for closed loop transmit diversity is described. The open loop method was covered in connection with the downlink dedicated channel description.

In the case of closed loop transmit diversity, the base station uses two antennas to transmit the user information. The use of these two antennas is based on the feedback from the terminal, transmitted in the Feedback (FB) bits in the uplink DPCCH. The closed loop transmit diversity itself has two modes of operation.

In mode 1, the terminal feedback commands control the phase adjustments that are expected to maximise the power received by the terminal. The base station thus maintains the phase with antenna 1 and then adjusts the phase of antenna 2 based on the sliding averaging over two consecutive feedback commands. With this method, four different phase settings are applied to antenna 2.

In mode 2, the amplitude is adjusted in addition to the phase adjustment. The same signalling rate is used, but now the command is spread over four bits in four uplink DPCCH slots, with a single bit for amplitude and three bits for phase adjustment. This gives a total of eight different phase and two different amplitude combinations, thus a total of 16 combinations for signal transmission from the base station. The amplitude values have been defined to be 0.2 and 0.8, while the phase values are naturally distributed evenly for the antenna phase offsets, from $-135°$ to $+180°$ phase offset. In this mode the last three slots of the frame contain only phase information, while amplitude information is taken from the previous four slots. This allows the command period to go even with 15 slots as with mode 1,