UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date:  October 30, 2015                                                      Judge:  Hon. James Donato

Time: 28 Minutes

Case No.      **C-15-00154-JD**
Case Name     **Apple Inc. v. Telefonaktiebolaget LM Ericsson, Inc. et al**

Attorney(s) for Plaintiff(s):    Elizabeth Reilly/Andrew W. Song
Attorney(s) for Defendant(s):    Zachary Briers/Chris Dunstan/Benjamin J. Horwich/
                                 Gregory P. Stone

Deputy Clerk:  Lisa Clark

PROCEEDINGS

Telephonic Discovery Hearing (Not Reported) - Held

RESULT OF HEARING

The Court discusses with the parties the issues raised by the pending discovery dispute letters (Dkt. Nos. 123, 131) and hears argument.

The Court informs the parties that it is tentatively inclined to order Apple to produce at least those portions of the carrier agreements that relate to LTE implementation and could touch on Ericsson's patents at issue in this case.

The Court orders that, by Friday, November 6, 2015:

1) Apple is to provide to the Court and to Ericsson the four orders cited in Apple's letter. Dkt. No. 131 at 1-2. The copies provided must be free of any redactions.

2) To the extent Ericsson wishes to seek more than the LTE implementation-related portions of the carrier agreements, it must file a 3-page letter brief addressing: (a) the additional types of information it seeks from the agreements; (b) why that information cannot be obtained from another source or through alternate means; and (c) why the Court should find that Ericsson's *Georgia-Pacific* interests outweigh the substantial confidentiality concerns Apple has articulated to the Court. Apple may also submit a 3-page letter brief providing its views on these issues.

After these submissions have been made, the Court will either issue an order or call for another hearing.

Ericsson also raises a request for the Court to reschedule the 11/18/15 hearing currently set for Ericsson's *Alice* motion because of the unavailability of its lead counsel.  The Court tentatively denies the request, expressing its preference that another member of the team argue the motion instead, possibly a less senior attorney who would benefit from an oral argument opportunity. Ericsson may, however, formally renew its request in writing if it disagrees with the Court's suggestion.