WILLIAM F. LEE (admitted *pro hac vice*)
william.lee@wilmerhale.com
JOSEPH J. MUELLER (admitted *pro hac vice*)
joseph.mueller@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
CHRISTINE E. DUH (CA SBN 228544)
christine.duh@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>TELEFONAKTIEBOLAGET LM ERICSSON, a Swedish Corporation, and ERICSSON, INC., a Delaware Corporation,<br><br>        Defendants. | Case No. 3:15-cv-00154-JD<br><br>Judge: Hon. James Donato |

### APPLE INC.'S NOTICE OF COMPLIANCE WITH OCTOBER 30, 2015 COURT ORDER

1  Pursuant to the Court's October 30, 2015 Order (ECF No. 136), Apple Inc. hereby confirms
2  that it has delivered to the Court and to counsel of record for the Ericsson defendants copies of the
3  Orders cited in Apple's letter brief to the Court dated October 22, 2015 (Dkt. 131, at 1-2).  The
4  Orders that contain confidential information of Apple and/or third parties have been marked
5  "HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY" pursuant to the Protective Order.

Dated:  November 6, 2015         */s/ Mark D. Selwyn*

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP

*Attorneys for Plaintiff Apple Inc.*

Case No. 3:15-cv-00154-JD            1            APPLE INC.'S NOTICE OF COMPLIANCE WITH COURT ORDER

**CERTIFICATE OF SERVICE**

I, Mark D. Selwyn, hereby certify that a true and correct copy of the above and foregoing document has been served on November 6, 2015, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.5.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

　　　　　　　　　　　　　　　　　　　　 */s/ Mark D. Selwyn*
　　　　　　　　　　　　　　　　　　　　　Mark D. Selwyn