GREGORY P. STONE (Bar No. 78329)
gregory.stone@mto.com
STEVEN M. PERRY (Bar No. 106154)
steven.perry@mto.com
BENJAMIN J. HORWICH (Bar No. 249090)
ben.horwich@mto.com
ZACHARY M. BRIERS (Bar No. 287984)
zachary.briers@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

COURTLAND L. REICHMAN (Bar No. 268873)
creichman@mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, California 94065
Telephone:    (650) 394-1400
Facsimile:    (650) 394-1422

MIKE MCKOOL, JR. (*pro hac vice*)
mmckool@mckoolsmith.com
DOUGLAS A. CAWLEY (*pro hac vice*)
dcawley@mckoolsmith.com
MCKOOL SMITH HENNIGAN, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone:    (214) 978-1000
Facsimile:    (214) 978-4044

*Attorneys for Ericsson Inc. and
Telefonaktiebolaget LM Ericsson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC.,<br><br>            Plaintiff,<br><br>     vs.<br><br>TELEFONAKTIEBOLAGET LM ERICSSON and ERICSSON, INC.,<br><br>            Defendants. | Case No. 3:15-cv-00154-JD<br><br>**STIPULATED REQUEST PROPOSING ALTERNATE DATES FOR TUTORIAL AND CLAIM CONSTRUCTION HEARING; [PROPOSED] ORDER**<br><br>Judge:    Hon. James Donato |

1    WHEREAS, by order dated November 23, 2015, the Court continued the tutorial in this
2  matter to January 15, 2016, at 11 a.m., and continued the claim construction hearing to January 22,
3  2016, at 10 a.m.;
4    WHEREAS, the Court's order stated that the parties may file a stipulated request
5  proposing alternate dates in the January time frame;
6    WHEREAS, the parties have scheduling conflicts on January 15, 2016, and January 22,
7  2016;
8    WHEREAS, the hearing in International Trade Commission Investigation No. 337-TA-
9  953, to which the parties in this case are parties, and in which certain counsel for the parties in this
10 case are also counsel, is scheduled from Monday, January 25, 2016, through Friday, January 29,
11 2016;
12   WHEREAS, the parties have conferred and the earliest dates in or about January 2016 that
13 both parties are available for the tutorial and claim construction hearing are Tuesday, February 2,
14 2016, and Tuesday, February 9, 2016.
15   NOW, THEREFORE, the parties jointly request that, if convenient for the Court, the
16 tutorial in this matter shall be continued to February 2, 2016, at 11 a.m. and the claim construction
17 hearing shall be continued to February 9, 2016, at 10 a.m.

                                        Respectfully submitted,

Dated:  December 4, 2015                MUNGER TOLLES & OLSON LLP

                                        By:    */s/ Gregory P. Stone*
                                               GREGORY P. STONE

                                        Attorneys for Defendants ERICSSON INC. and
                                        TELEFONAKTIEBOLAGET LM ERICSSON.


Dated:  December 4, 2015                WILMER CUTLER PICKERING
                                        HALE AND DORR LLP

                                        By:    */s/ Mark D. Selwyn*
                                               MARK D. SELWYN

                                        Attorneys for Plaintiff APPLE INC.

# [PROPOSED] ORDER

Pursuant to the stipulated request of counsel, the tutorial in this matter shall be continued to February 2, 2016, at 11 a.m. and the claim construction hearing shall be continued to February 9, 2016, at 10 a.m.

Dated:_____        _____
                          The Honorable James Donato
                          United States District Judge

## ATTESTATION

I, Gregory P. Stone, do hereby attest that on December 3, 2015, I obtained the concurrence of counsel for Plaintiff Apple Inc. to file this document on behalf of both parties.

Dated:  December 4, 2015                          */s/ Gregory P. Stone*
                                                                    GREGORY P. STONE