WILLIAM F. LEE (admitted *pro hac vice*)
william.lee@wilmerhale.com
JOSEPH J. MUELLER (admitted *pro hac vice*)
joseph.mueller@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff Apple Inc.*

GREGORY P. STONE (Bar No. 78329)
gregory.stone@mto.com
STEVEN M. PERRY (Bar No. 106154)
steven.perry@mto.com
BENJAMIN J. HORWICH (Bar No. 249090)
ben.horwich@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

COURTLAND L. REICHMAN (Bar No. 268873)
creichman@mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, California 94065
Telephone:     (650) 394-1400
Facsimile:      (650) 394-1422

*Attorneys for Defendants Telefonaktiebolaget LM Ericsson and Ericsson, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>TELEFONAKTIEBOLAGET LM ERICSSON, a Swedish Corporation, and ERICSSON, INC., a Delaware Corporation,<br><br>Defendants. | Case No. 3:15-cv-00154-JD<br><br>**STIPULATION OF DISMISSAL** |

1  Ericsson and Apple have settled the matters in dispute in the above-captioned case.
2  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and (c), Ericsson and Apple stipulate
3  that all counterclaims asserted by Ericsson for infringement of patents in the above-captioned
4  matter shall be **DISMISSED WITH PREJUDICE**, and all other claims, counterclaims, and
5  counterclaims-in-reply, including declaratory judgment counterclaims-in-reply for invalidity,
6  shall be **DISMISSED WITHOUT PREJUDICE**.  Ericsson and Apple further agree that
7  attorneys' fees, costs of court, and expenses shall be borne by the party incurring the same.

Dated: December 23, 2015

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| APPLE INC. | TELEFONAKTIEBOLAGET LM ERICSSON and ERICSSON, INC. |
| By its attorneys, | By their attorneys, |
| */s/ Mark D. Selwyn* | */s/ Benjamin J. Horwich* |
| WILLIAM F. LEE (admitted *pro hac vice*)<br>william.lee@wilmerhale.com<br>JOSEPH J. MUELLER (admitted *pro hac vice*)<br>joseph.mueller@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts  02109<br>Telephone:  (617) 526-6000<br>Facsimile:  (617) 526-5000<br><br>MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California  94304<br>Telephone:  (650) 858-6000<br>Facsimile:  (650) 858-6100 | GREGORY P. STONE (Bar No. 78329)<br>gregory.stone@mto.com<br>STEVEN M. PERRY (Bar No. 106154)<br>steven.perry@mto.com<br>BENJAMIN J. HORWICH (Bar No. 249090)<br>ben.horwich@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, California 90071-1560<br>Telephone:     (213) 683-9100<br>Facsimile:     (213) 687-3702<br><br>COURTLAND L. REICHMAN (Bar No. 268873)<br>creichman@mckoolsmithhennigan.com<br>MCKOOL SMITH HENNIGAN, P.C.<br>255 Shoreline Drive, Suite 510<br>Redwood Shores, California 94065<br>Telephone:     (650) 394-1400<br>Facsimile:     (650) 394-1422 |

**ATTESTATION**

I, Mark D. Selwyn, do hereby attest that on December 23, 2015, I obtained the concurrence of counsel for Defendants Telefonaktiebolaget LM Ericsson and Ericsson, Inc., to file this document on behalf of both parties.

Dated: December 23, 2015              */s/ Mark D. Selwyn*

Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100