WILLIAM F. LEE (admitted *pro hac vice*)
william.lee@wilmerhale.com
JOSEPH J. MUELLER (admitted *pro hac vice*)
joseph.mueller@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff Apple Inc.*

GREGORY P. STONE (Bar No. 78329)
gregory.stone@mto.com
STEVEN M. PERRY (Bar No. 106154)
steven.perry@mto.com
BENJAMIN J. HORWICH (Bar No. 249090)
ben.horwich@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

COURTLAND L. REICHMAN (Bar No. 268873)
creichman@mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, California 94065
Telephone:     (650) 394-1400
Facsimile:     (650) 394-1422

*Attorneys for Defendants Telefonaktiebolaget LM Ericsson and Ericsson, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TELEFONAKTIEBOLAGET LM ERICSSON, a Swedish Corporation, and ERICSSON, INC., a Delaware Corporation,<br><br>　　　　　Defendants. | Case No. 3:15-cv-00154-JD<br><br>**JOINT STIPULATION TO EXTEND THE DEADLINE FOR DISPOSITION OF CONFIDENTIAL INFORMATION PURSUANT TO PARAGRAPH 18 OF THE PROTECTIVE ORDER**<br><br>Judge: Hon. James Donato |

Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively, "Ericsson") and Defendant Apple Inc. ("Apple") (collectively, "the parties") hereby file this Joint Stipulation To Extend The Time For Disposition Of Confidential Information Pursuant To Paragraph 18 Of The Protective Order.

**WHEREAS**, the parties have filed Joint Motions to Terminate International Trade Commission ("ITC") Inv. Nos. 337-TA-952 and 337-TA-953 and the ITC has not yet ruled on such motions;

**WHEREAS**, once the ITC matters are terminated, the parties will dispose of confidential business information as set forth under the terms of the ITC's protective orders;

**WHEREAS**, the deadline for destruction of materials in this case is 90 days after the final disposition pursuant to the provisions of this Court's Protective Order;

**WHEREAS**, the parties filed a stipulation of dismissal on December 23, 2015, thus requiring the parties to comply with Paragraph 18 of this Court's Protective Order by March 22, 2016;

**WHEREAS**, there is overlap in the confidential information governed by the Protective Order in this case and the confidential information governed by the ITC protective orders, and separately disposing of such confidential information on separate timelines will create undue burden and expense for the parties and their counsel;

**WHEREAS**, it will be most efficient to complete the required destruction simultaneously for all cases.

The parties stipulate and agree, subject to the approval of the Court, to extend the date of compliance of paragraph 18 of the Protective Order by 60 days. The parties further agree that by March 28, they will securely dispose of and/or archive any remaining confidential information

| Case No. 3:15-CV-00154-JD | 1 | **JOINT STIPULATION TO EXTEND THE DEADLINE FOR DISPOSITION OF CONFIDENTIAL INFORMATION PURSUANT TO PARAGRAPH 18 OF THE PROTECTIVE ORDER** |

1  stored or maintained in litigation databases (e.g., document review databases) in accordance with
2  this Court's Protective Order.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated: March 19, 2016

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| APPLE INC. | TELEFONAKTIEBOLAGET LM ERICSSON and ERICSSON, INC. |
| By their attorneys, | By their attorneys, |
| /s/ Mark D. Selwyn | /s/ Gregory P. Stone |
| WILLIAM F. LEE (admitted *pro hac vice*)<br>william.lee@wilmerhale.com<br>JOSEPH J. MUELLER (admitted *pro hac vice*)<br>joseph.mueller@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts  02109<br>Telephone:  (617) 526-6000<br>Facsimile:  (617) 526-5000<br><br>MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California  94304<br>Telephone:  (650) 858-6000<br>Facsimile:  (650) 858-6100 | GREGORY P. STONE (Bar No. 78329)<br>gregory.stone@mto.com<br>STEVEN M. PERRY (Bar No. 106154)<br>steven.perry@mto.com<br>BENJAMIN J. HORWICH (Bar No. 249090)<br>ben.horwich@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, California 90071-1560<br>Telephone:     (213) 683-9100<br>Facsimile:      (213) 687-3702<br><br>COURTLAND L. REICHMAN (Bar No. 268873)<br>creichman@mckoolsmithhennigan.com<br>MCKOOL SMITH HENNIGAN, P.C.<br>255 Shoreline Drive, Suite 510<br>Redwood Shores, California 94065<br>Telephone:     (650) 394-1400<br>Facsimile:      (650) 394-1422 |

## ATTESTATION

I, Mark D. Selwyn, do hereby attest that on March 18, 2016, I obtained the concurrence of counsel for Defendants Telefonaktiebolaget LM Ericsson and Ericsson, Inc. to file this document on behalf of both parties.

Dated: March 19, 2016

/s/ Mark D. Selwyn
Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100